## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Jointly Administered |
| **514 That Way, LLC** *et al.* | § § | **Under Case No. (25-90013-11)** (Complex Case) |
| Debtors.[1] | § | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

514 That Way, LLC ("**514 Debtor**"), Park at Crestview DENG, LLC ("**Park Debtor**"), Latitude DENG LLC ("**Latitude Debtor**"), and Terrain DENG LLC ("**Terrain Debtor**") (collectively "**Debtors**") in the above-captioned jointly administered chapter 11 cases have each filed their Schedules of Assets & Liabilities (collectively the "**Schedules**") and Statements of Financial Affairs (collectively the "**Statements**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). The Debtors, with the assistance of legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules and Statements of Financial Affairs* (the "**Global Notes**") are incorporated by reference and comprise an integral part of the Debtors' respective Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors have made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on information which was available at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtors' books and records may result in material changes to financial data and other information contained in these Schedules and Statements, and inadvertent errors or omissions may exist.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect each of the Debtor's reasonable efforts to report the assets and liabilities of each of the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are 514 That Way LLC (9395), Case No. 25-90013, Park at Crestview DENG LLC (2202), Case No. 25-90014, Latitude DENG LLC (0800), Case No. 25-90015, and Terrain DENG LLC (0589), Case No. 25-90016. The location of the Debtors' service address is 183 Wilson St., Suite 358, Brooklyn, NY 11211.

Nothing contained in the Schedules and Statements shall constitute a waiver of rights or judicial admission with respect to each Debtor's chapter 11 case including, but not limited to, any issues involving pending litigation by or against the respective Debtor, or any employees, officers, directors, agents, affiliates or insiders of the Debtors, objections to claims, equitable subordination, defenses, characterization or recharacterization of contracts, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

The Debtors and each of its officers, employees, agents, attorneys, and consultants do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and each of its officers, employees, agents, attorneys, and consultants expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. Each of the Debtors, on behalf of itself, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

In reviewing and signing the Schedules and Statements, the Debtors' representative relied upon the efforts, statements and representations of each Debtor's other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

The Global Notes are in addition to any specific notes contained in the Schedules or Statements. The Schedules and Statements and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events, or performance of the Debtors.

## <u>Global Notes and Overview of Methodology</u>

1. **<u>Description of Cases</u>.** On February 24, 2025, (the "Petition Date"), the Debtors each filed separate voluntary petitions for relief under Chapter 11 of the Bankruptcy Code under Case Nos. 25-90013 (514 Debtor), 25-90014 (Park Debtor), 25-90015 (Latitude Debtor), and 25-90016 (Terrain Debtor). On February 25, 2025, the Court entered an order authorizing joint administration of these cases (Docket No. 10).

2. **<u>Global Notes Control</u>.** These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3. **<u>Reservations and Limitations.</u>** The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to either of these chapter 11 cases, including, but not limited to, any rights or claims of either of the Debtor's against any

third party or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)     **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against any Debtor, any assertion made therein or herein, or a waiver of any Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

(b)     **Recharacterization.** Notwithstanding that the Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

(c)     **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by any Debtor of the legal rights of the claimant or contract counterparty, or a waiver of any Debtor's rights to recharacterize or reclassify such claim or contract.

(d)     **Claims Description.** Any failure to designate a claim on any Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the respective Debtor that such amount is not "disputed," "contingent," or "unliquidated." Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority of any claim. Moreover, listing a claim does not constitute an admission of liability by any Debtor against which the claim is listed or by any of the Debtors. The Debtors reserve all rights to amend their respective Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e)     **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtors to each make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(f)     **Causes of Action.** Despite commercially reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have

against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(g)   **Intellectual Property Rights.** Exclusion of certain intellectual property from the Schedules and Statements should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights in the Schedules and Statements should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(h)   **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," each Debtor has included information with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (i) the purposes of determining (A) control of the Debtors; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtors; or (D) whether such individual could successfully argue that he is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.

4.   **Methodology.**

(a)   **Basis of Presentation.** The Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to be fully reconciled to the financial statements of any Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect each Debtor's commercially reasonable efforts to report the assets and liabilities of the respective Debtor.

(b)   **Confidential Information.** There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Generally, the

Debtors have used this approach because of a confidentiality agreement between the respective Debtor and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(c)     **Duplication.** Certain of each Debtor's assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have endeavored to only list such assets, liabilities, and prepetition payments once.

(d)     **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to each respective Debtor. Accordingly, unless otherwise indicated, each Debtor's Schedules and Statements reflect net book values. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of each Debtor's with respect to such asset.

(e)     **Undetermined Amounts.** The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(f)     **Unliquidated Amounts.** Amounts that could not be fairly quantified by any Debtor are scheduled as "unliquidated."

(g)     **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(h)     **Property and Equipment.** Unless otherwise indicated, owned property and equipment are valued at net book value. The Debtors may each lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and each Debtor reserves all rights with respect thereto.

(i)     **Allocation of Liabilities.** Each Debtor's allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(j)     **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on each Debtor's books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the respective Debtor or (ii) be net of

accrued credits, allowances, or other adjustments that are actually owed by a creditor to the respective Debtor on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. Each Debtor reserves all of its rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules.

(k) **Guarantees and Indemnification Claims.** The Debtors have exercised commercially reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees or indemnification claims have been identified, they have been included in Schedules E/F, G and H. The Debtors may have inadvertently omitted guarantees or indemnifications embedded in their contractual agreements and may identify additional guarantees or indemnifications as it continues to review its books and records and contractual agreements. Each Debtor reserves its rights, but is not required, to amend the Schedules and Statements if additional guarantees are identified.

(l) **Excluded Assets and Liabilities.** Each Debtor has excluded certain categories of assets and liabilities from the Schedules and Statements, including, but not limited to: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded.

(m) **Liens.** The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens.

(n) **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

5. **Specific Disclosures for Schedules of Assets and Liabilities.**

(a) **Schedules Summary**. Except as otherwise noted, the asset totals and liability information represent amounts as of the Petition Date.

(b) **Schedule A** – *Real Property*. Each Debtor owns a separate multi-family residential apartment complex. The value of each of the Debtor's properties is estimated at a range which includes the values assigned by county appraisal district for 2024 (low end of value) and value estimated by each Debtor as a maximum (high end of value).

*(I)* 514 Debtor – 514 Debtor owns a 228-unit multi-family residential apartment complex located at 514 That Way Street, Lake Jackson, TX ("**514 Property**"). The 514 Debtor contends that the value of the property is between $23,106,000.00 and $32,000,000.00. The lower value reflects Brazoria County appraisal districts value of the 514 Property. The higher value is the 514 Debtor's estimated market value based on optimal market conditions.

*(II)* <u>Park Debtor</u> – Park Debtor owns a 248-unit multifamily residential apartment complex located at 8220 Research Blvd, Austin, TX ("**Park Property**"). The Debtor contends that the value of the property is between $37,082,286.00 and $40,000,000.00. The lower value reflects Travis County appraisal districts value of the Park Property. The higher value is the Park Debtor's estimated market value based on optimal market conditions.

*(III)* <u>Latitude Debtor</u> – Latitude Debtor owns a 268-unit multi-family residential apartment complex located at 6400 Wurzbach Road, San Antonio, TX ("**Latitude Property**"). The Debtor contends that the value of the property is between $21,000,000.00 and $22,000,000.00. The lower value reflects Bexar County appraisal districts value of the Latitude Property. The higher value is the Latitude Debtor's estimated market value based on optimal market conditions.

*(IV)* <u>Terrain Debtor</u> – Terrain Debtor owns a 224-unit multi-family residential apartment complex located at 5380 Medical Drive, San Antonio, TX ("**Terrain Property**"). Bexar County appraisal district values the Terrain Property at $21,500,000.00. The Terrain Debtor contends that this is the appropriate market value for the property.

(c) **Schedule B -*Personal Property***. Certain personal property of each Debtor could arguably be listed in response to more than one Schedule B question. In such cases, each Debtor has endeavored to list such property once in the most appropriate category. Notwithstanding the foregoing, the Debtors are unable to determine with certainty how much of the accounts receivable will be collected, although collection of a significant portion of accounts receivable over 90 days is doubtful. The schedules will be amended if this information becomes available and is material. Office furniture and office equipment have been listed at net book value, which is net of accumulated depreciation.

In the ordinary course of its business, the Debtors may each have accrued certain rights to counterclaims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because such claims are unknown to the affected Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

(d) **Schedule D - *Creditors Holding Secured Claims***. The listing of a claim in Schedule D does not constitute an admission by any of the Debtors that such claim is entitled to secured treatment under the Bankruptcy Code and does not constitute a waiver of any right to recharacterize or reclassify such claim. The Debtors each reserves the right to dispute the nature, validity, and amount of each of these claims and listing of the same in Schedule D shall not be deemed a waiver of any objections of causes of action.

(e) **Schedule E - *Creditors Holding Unsecured Priority Claims***. The listing of a claim on Schedule E does not constitute an admission by any Debtor that

such claim is entitled to priority treatment under section 507 of the Bankruptcy Code and does not constitute a waiver of any right to recharacterize or reclassify such claim. Prepetition compensation listed on Schedule E is paid through each Debtor's management company for the benefit of the respective Debtor.

(f)     **Schedule F - *Creditors Holding Unsecured Nonpriority Claims***. The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While best efforts have been made, the determination of each date upon which each claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, each Debtor does not list a date for each claim listed on Schedule F.

Schedule F permits each Debtor to designate a claim as disputed, contingent, and/or unliquidated. A failure to designate a claim on Schedule F as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. Each Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on Schedule F as to amount, liability or status.

(g)     **Schedule G - *Executory Contract and Unexpired Leases***. While every effort has been made to ensure the accuracy of the Schedule of Executory Contracts and Unexpired Leases, inadvertent errors or omissions may have occurred. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein. Certain of the executory agreements may not have been memorialized and could be subject to dispute. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or is enforceable.

(h)     **Schedule H - *Codebtors***. In the event of any co-obligors with respect to a scheduled debt, litigation claim or guaranty of any Debtor, such co-obligator is listed on Schedule H of such Debtor, with a cross-reference to any other relevant Schedule of such Debtor listing such debt, litigation claim or guaranty.

## 6.     Statement of Financial Affairs.

*Various Statements*. Certain questions in the Statements request each Debtor to provide information for a certain time period prior to the Petition Date. Unless otherwise noted herein or elsewhere in the Statements, information provided by the Debtor is through the Petition Date.

(a)     **Statement *3 - Payments to Creditors***. Each Debtor has been able to *compile* information relating to payments in the 90-day period prior to the Petition Date.  The failure to list any such payments does not constitute an admission that no such payments exist but are simply unavailable at this time.

(b)     **Statement 4, 13, 30 –** ***Payments/Transfers/Distributions***. Each Debtor has been able to *compile* information relating to payments/transfers/distributions within one year and two-year period prior to the Petition Date.  The failure to list any such payments does not constitute an admission that no such payments exist but are simply unavailable at this time.

(c)     ***Statement 7 – Legal Actions or Assignments***. Each Debtor has listed all known lawsuits that have been filed. Each Debtor reserves the right to supplement should any other litigation be pending but has not been learned through the respective Debtor's efforts to research any existing litigation. The Debtors have not included workers' compensation claims in response to this question.

**THE DEBTORS EACH RESERVE THE RIGHT TO AMEND THE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS. THE DEBTORS DO NOT WAIVE ANY ISSUE OF FACT, REMEDY, CLAIM, OR DEFENSE PERTAINING TO ANY MATTER ADDRESSED HEREIN.**

\*     \*     \*     \*     \*

**Fill in this information to identify the case:**

Debtor name **Latitude DENG LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **25-90015**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2025**          X _____
                                              Signature of individual signing on behalf of debtor

                                              **Baruch Teitelbaum**
                                              Printed name

                                              **Managing Member Latitude DENG GP LLC, Mgr of Debtor**
                                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Latitude DENG LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **25-90015** |

☒ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**AMENDED**

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Apartments LLC 2563 Collection Center Drive Chicago, IL 60693 | | Trade debt | | | | $38,598.88 |
| Artisent Floors P.O. Box 17526 Memphis, TN 38187 | | Trade debt | Disputed | | | $27,653.03 |
| ConService LLC. P.O. Box 1500 Hemet, CA 92546-1500 | | Trade debt | | | | $9,187.55 |
| CPS Energy PO Box 2678 San Antonio, TX 78289 | | Utilities | | | | $95,560.50 |
| Four Star Builders 3616 Far W. Blvd #117-176 Austin, TX 78731 | | Trade debt | | | | $169,043.57 |
| Frontier Waste - South San Antonio P.O. Box 1283 Hillsboro, TX 76645 | | Trade debt | | | | $4,820.01 |
| Heritage Equity Management LLC ATTN: Legal Department 528 Prospect Street East Orange, NJ 07017 | | Trade debt | | | | $139,263.52 |
| InterSolutions LLC PO BOX 825965 Philadelphia, PA 19182-5965 | | Trade debt | | | | $6,844.71 |

| Debtor | **Latitude DENG LLC** | | Case number *(if known)* | **25-90015** | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IPFS of New York, LLC**<br>**39 West 37th St 9th Floor**<br>**New York, NY 10018** | | **Trade debt** | | | | **$33,715.04** |
| **Israel's Painting**<br>**PO Box 681014**<br>**San Antonio, TX 78268** | | **Trade debt** | | | | **$11,337.88** |
| **Latitude 6400 LLC**<br>**Attn: Swapnil Agarwal**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | | **Trade debt** | | | | **$750,000.00** |
| **Lowe's Pro Supply**<br>**6910 Brasada Drive**<br>**Houston, TX 77085** | | **Trade debt** | | | | **$12,181.92** |
| **Patrick O'Connor & Associates**<br>**Dept 523 P.O. Box 4458**<br>**Houston, TX 77210** | | **Trade debt** | | | | **$8,248.67** |
| **Petra Painting & Construction LLC**<br>**8666 Huebner Rd Ste 108**<br>**San Antonio, TX 78240** | | **Trade debt** | **Disputed** | | | **$16,485.24** |
| **REALPAGE, INC.**<br>**PO Box 842899**<br>**Dallas, TX 75284** | | **Trade debt** | | | | **$8,988.99** |
| **ResMan**<br>**PO Box 4687**<br>**Logan, UT 84323** | | **Trade debt** | | | | **$10,869.91** |
| **Roble's Professional Cleaning** | | **Trade debt** | | | | **$10,419.00** |
| **San Antonio Water System**<br>**P.O. Box 2990**<br>**San Antonio, TX 78299** | | **Utilities** | | | | **$132,030.77** |
| **Walker & Dunlop, LLC**<br>**Freddie Mac**<br>**7272 Wisconsin Avenue Suite 1300**<br>**Bethesda, MD 20814** | | **6400 Wurzbach Road, San Antonio, TX 78240. Legal description see attached Exhibit "A-55".** | | **$28,506,000.00** | **$22,000,000.00** | **$6,506,000.00** |

Debtor   **Latitude DENG LLC**                                      Case number *(if known)*   **25-90015**
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Waste Management of Texas, Inc. PO Box 660345 Dallas, TX 75266** | | **Utilities** | | | | **$12,817.19** |

**Fill in this information to identify the case:**

Debtor name   **Latitude DENG LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **25-90015**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $    **22,000,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $    **65,529.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $    **22,065,529.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **29,371,159.33**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $    **17,322.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$    **4,899,488.50**

4. Total liabilities ........................................................................................
   Lines 2 + 3a + 3b          $    **34,287,969.83**

**Fill in this information to identify the case:**

Debtor name __**Latitude DENG LLC**__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) __**25-90015**__

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Chase Bank Checking** | **Checking** | **1696** | $11,988.00 |
| 3.2. | **Chase Bank Savings** | **Savings** | **3103** | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $11,988.00 |
|---|---|

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **To be Supplemented** | **Unknown** |
|---|---|---|

Debtor    **Latitude DENG LLC**
Name

Case number *(If known)* **25-90015**

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $0.00 |

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    45,041.00   -   0.00   = ....   $45,041.00

     face amount        doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $45,041.00 |

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Desks / Chairs | | | $2,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers / Printers | | | $1,500.00 |

Debtor    **Latitude DENG LLC**                                    Case number *(If known)*  **25-90015**
_____
Name

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                    | $3,500.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Fitness Center Equipment | | | $5,000.00 |

51.    **Total of Part 8.**                                                                    | $5,000.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor   **Latitude DENG LLC**                                          Case number *(If known)*  **25-90015**
         Name

| Description and location of property Include street address or other descriptor such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **6400 Wurzbach Road, San Antonio, TX 78240. Legal description see attached Exhibit "A-55".** | **Fee simple** | | | **$22,000,000.00** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | **$22,000,000.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **https://www.serenityresidencestx.com/** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** **TAA - Texas Apartment Association** | **Unknown** | | **Unknown** |
| 63. **Customer lists, mailing lists, or other compilations** **Debtor maintains a comprehensive rent roll detailing all current and former tenants.** | **Unknown** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

Debtor   **Latitude DENG LLC**                                    Case number *(If known)*  **25-90015**
_____              _____
Name

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 11:   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Latitude DENG LLC**                                Case number *(If known)* **25-90015**
_____
Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,988.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $45,041.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $22,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $65,529.00 + 91b. | $22,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $22,065,529.00 |

**EXHIBIT A**

DESCRIPTION OF THE LAND

Tract I:

Lot 17, Block 1, New City Block 15650, Resubdivision Plat of Portion of Rannor Subdivision in the City of San Antonio, Bexar County, Texas, according to the map or plat thereof recorded in Volume 7900, Page 57, Deed and Plat Records of Bexar County, Texas.

Tract II:

Being a 8.132 acre parcel of land, more or less, out of Lot 2, Block 1, New City Block 15650, Correction Plat Of Rannor Subdivision, in the City of San Antonio, Bexar County, Texas, according to the map or plat thereof recorded in Volume 7200, Page 207, Deed and Plat Records, Bexar County, Texas, and being more particularly described by metes and bounds as follows:

BEGINNING at a 1/2" found iron rod on the southeast right-of-way line of Wurzbach Road said point also being the westernmost corner of Lot 1, Block 1, of the Le Petit Subdivision, as recorded in Volume 6500, Page 197, of the Deed and Plat Records of Bexar County, Texas;

THENCE S 48 degrees 39 minutes 57 seconds E, 152.02 feet along the southwest property line of said Lot 1, Block 1, La Petit Subdivision to a set 1/2" iron rod;

THENCE N 41 degrees 20 minutes 03 second E, 136.54 feet along the southeast property line of said Lot 1, Block 1, La Petit Subdivision to a set 1/2" iron rod;

THENCE along the east property line of the remaining portion of Lot 2, Block 1, New City Block 15650, also being the west right-of-way line of a Drain Easement (Zarzamora Channel), the following bearings and distances;

S 19 degrees 25 minutes 52 seconds E, 165.47 feet to a set 1/2" iron rod;
S 07 degrees 39 minutes 27 seconds W, 236.21 feet to a set 1/2" iron rod;
S 16 degrees 55 minutes 05 seconds W, 382.13 feet to a set 1/2" iron rod;
S 09 degrees 14 minutes 47 seconds W, 403.51 feet to a found 1/2" iron rod;
S 18 degrees 06 minutes 26 seconds S, 276.21 feet to a set 1/2" iron rod at the easternmost corner of the remaining portion of Lot 2, Block 1, New City Block 15650;

THENCE along the southwest property line of the remaining portion of Lot 2, Block 1, New City Block 15650 the following bearings and distances;

N 48 degrees 39 minutes 59 seconds W, 128.11 feet to a set 1/2" iron rod,
N 47 degrees 12 minutes 37 seconds W, 208.43 feet to a set l 1/2" iron rod;
S 41 degrees 20 minutes 03 seconds W, 149.31 feet to a set 1/2" iron rod on the northeast right-of-way line of Evers Road:

**Texas**
**Multifamily Deed of Trust, Assignment of Rents,**
**Security Agreement and Fixture Filing**

EXHIBIT

A-55

exhibitsticker.com

Page A-1

THENCE N 48 degrees 39 minutes 27 seconds W, 80.00 feet along the northeast right-of-way line of Evers Road to a found 1/2" iron rod;

THENCE N 41 degrees 20 minutes 03 seconds E, 151.73 feet to a found 1/2" iron rod.

THENCE S 47 degrees 12 minutes 37 seconds E 62.45 feet to a set 1/2" iron rod on a nontangent curve said iron rod marks the southernmost corner of Lot 17, Block 1, New City Block 15650, Rannor Subdivision, as recorded in Volume 7900, Page 57 of the Deed and Plat Records of Bexar County, Texas;

THENCE the following courses along the east property line of Lot 17, Block 1, New City Block 15650, Rannor Subdivision as recorded in Volume 7900, Page 57, of the Deed and Plat Records of Bexar County, Texas;

90.59 feet along said curve to the left which has a radius of 260.00 feet, a central angle of 19 degrees 57 minutes 44 seconds a chord which bears N 10 degrees 03 minutes 09 seconds E, 90.13 feet to a set 1/2" iron rod at the point of reverse curvature of a curve to the right;

237.85 feet, along said curve to the right which has a radius of 975.00 feet, a central angle of 13 degrees 58 minutes 39 seconds a chord which bears N 00 degrees 39 minutes 17 seconds W, 237.26 feet to a set 1/2" iron rod at the point of tangency;

N 06 degrees 20 minutes 03 seconds E, 331.66 feet to a set 1/2" iron rod at the point of curvature of a curve to the left;

92.20 feet, along said curve to the left which has a radius of 96.05 feet, a chord which bears N 21 degrees 09 minutes 57 seconds W and a chord distance of 88.70 feet, a central angle of 55 degrees 00 minutes 00 seconds to a set 1/2" iron rod at the point of tangency;

THENCE N 48 degrees 39 minutes 57 seconds W, 205.00 feet to a set 1/2" iron rod on the southeast right-of-way line of Wurzbach Road;

THENCE N 41 degrees 20 minutes 03 seconds E, 399.33 feet along the southeast right-of-way line of Wurzbach Road to the POINT OF BEGINNING of this 8.132 acre tract of land.

Tract III:

Non-exclusive easement estate created by ingress and egress easement recorded in Volume 6969, Page 601, Deed Records, Bexar County, Texas.

**Fill in this information to identify the case:**

Debtor name  **Latitude DENG LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **25-90015**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Alamo Welding & Boiler Works Inc** | **Describe debtor's property that is subject to a lien** | $28,266.38 | $22,000,000.00 |

Creditor's Name

**816 North Flores San Antonio, TX 78212**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**6400 Wurzbach Road, San Antonio, TX 78240. Legal description see attached Exhibit "A-55".**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Walker & Dunlop, LLC**
**2. Alamo Welding & Boiler Works Inc**
**3. Eco Scapes of Texas, LLC**
**4. Excel Renovation & Construction**
**5. JDA Property Solutions LLC**
**6. Liberty Associates Group LLC**
**7. Dark Blue Inc dba Pegasus Carpet Care**
**8. More Than Clean**
**9. Rainbow Renovation LLC**
**10. Vamvoras LTD**
**11. Bexar County Tax Assessor Collector**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor **Latitude DENG LLC**
_____
Name

Case number (if known) **25-90015**

---

| 2.2 | **Bexar County Tax Assessor Collector** | | | |
|---|---|---|---|---|

Creditor's Name

**Linebarger Goggan Blair & Sampson LLP
112 E. Pecan Street Suite 2200
San Antonio, TX 78205**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**6400 Wurzbach Road, San Antonio, TX 78240.
Legal description see attached Exhibit "A-55".**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$480,846.24**   **$22,000,000.00**

---

| 2.3 | **Dark Blue Inc dba Pegasus Carpet Care** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: David Saidi
26002 Mesa Oak Drive
San Antonio, TX 78255**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**6400 Wurzbach Road, San Antonio, TX 78240.
Legal description see attached Exhibit "A-55".**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,240.79**   **$22,000,000.00**

---

| 2.4 | **Eco Scapes of Texas, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**9618 Huntress Lane
San Antonio, TX 78255**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**6400 Wurzbach Road, San Antonio, TX 78240.
Legal description see attached Exhibit "A-55".**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**$15,818.59**   **$22,000,000.00**

---

Debtor **Latitude DENG LLC**

Name

Case number (if known) **25-90015**

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 | **Excel Renovation & Construction** | | | $31,545.00 | $22,000,000.00 |

Creditor's Name

**1064 Vance Jackson Rd # 5094**
**San Antonio, TX 78201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

Describe debtor's property that is subject to a lien

**6400 Wurzbach Road, San Antonio, TX 78240. Legal description see attached Exhibit "A-55".**

Describe the lien

**Mechanic's Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 | **JDA Property Solutions LLC** | | | $6,834.24 | $22,000,000.00 |

Creditor's Name

**9827 Potranco**
**San Antonio, TX 78251**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

Describe debtor's property that is subject to a lien

**6400 Wurzbach Road, San Antonio, TX 78240. Legal description see attached Exhibit "A-55".**

Describe the lien

**Mechanic's Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Debtor  **Latitude DENG LLC**
        _____
        Name

Case number (if known)   **25-90015**

---

| 2.7 | **Liberty Associates Group LLC** | Describe debtor's property that is subject to a lien | $68,838.89 | $22,000,000.00 |

Creditor's Name

**PO Box 677119**
**Dallas, TX 75267**

Creditor's mailing address

**6400 Wurzbach Road, San Antonio, TX 78240. Legal description see attached Exhibit "A-55".**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **More Than Clean** | Describe debtor's property that is subject to a lien | $74,964.27 | $22,000,000.00 |

Creditor's Name

**19 Edgewater**
**San Antonio, TX 78260**

Creditor's mailing address

**6400 Wurzbach Road, San Antonio, TX 78240. Legal description see attached Exhibit "A-55".**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **Rainbow Renovation LLC** | Describe debtor's property that is subject to a lien | $132,691.00 | $22,000,000.00 |

Creditor's Name

**P.O. Box 821**
**Bellaire, TX 77402**

Creditor's mailing address

**6400 Wurzbach Road, San Antonio, TX 78240. Legal description see attached Exhibit "A-55".**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

| Debtor | **Latitude DENG LLC** | Case number (if known) | **25-90015** |
|---|---|---|---|
| | Name | | |

---

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check that all apply |
| ☐ | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

**2.1 0**

**Vamvoras LTD**
Creditor's Name

**4734 Shavano Oak**
**San Antonio, TX 78249**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**6400 Wurzbach Road, San Antonio, TX 78240.**
**Legal description see attached Exhibit**
**"A-55".**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$23,113.93     $22,000,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check that all apply |
| | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

**2.1 1**

**Walker & Dunlop, LLC**
Creditor's Name
**Freddie Mac**
**7272 Wisconsin Avenue**
**Suite 1300**
**Bethesda, MD 20814**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**
**3/10/2023**
**Last 4 digits of account number**
**4797**

**Describe debtor's property that is subject to a lien**
**6400 Wurzbach Road, San Antonio, TX 78240.**
**Legal description see attached Exhibit**
**"A-55".**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$28,506,000.00     $22,000,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check that all apply |
| | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $29,371,159.33 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

Debtor   **Latitude DENG LLC**

Name

Case number (if known)   **25-90015**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bexar County Tax Assessor Collector**<br>**233 N. Pecos La Trinidad**<br>**San Antonio, TX 78207** | Line __2.2__ | |
| **Craig Bernstein**<br>**3500 Maple Avenue**<br>**Suite 1220**<br>**Dallas, TX 75219** | Line __2.7__ | |
| **Devin D. Gabriel**<br>**Vamvoras LTD**<br>**143 W. Sunset Road, Ste 200**<br>**San Antonio, TX 78209** | Line __2.10__ | |
| **Eco Scapes of Texas, LLC**<br>**5886 De Zavala Road Ste 102-498**<br>**San Antonio, TX 78249** | Line __2.4__ | |
| **Federal Home Loan Mortgage Corporation**<br>**8200 Jones Branch Drive**<br>**Mc Lean, VA 22102** | Line __2.11__ | |
| **Karalynn C. Cromeens**<br>**1345 Campbell Road Suite 200**<br>**Houston, TX 77055** | Line __2.9__ | |
| **Levatino Pace PLLC**<br>**1101 S. Capital of Texas Hwy.**<br>**Building K Ste 125**<br>**Austin, TX 78746** | Line __2.5__ | |
| **Liberty Associates Group**<br>**7500 San Felipe St. Ste 950**<br>**Houston, TX 77063-1786** | Line __2.7__ | |
| **Liberty Associates Group**<br>**5718 Westheimer Road, Suite 1300**<br>**Houston, TX 77057** | Line __2.7__ | |
| **Schulman, Lopez, Hoffer & Adelstein LLP**<br>**c/o Morgan Starr**<br>**845 Proton Road**<br>**San Antonio, TX 78258** | Line __2.8__ | |
| **The Daglieri Law Firm, PLLC**<br>**462 Seventh Avenue, 12th floor**<br>**New York, NY 10018** | Line __2.11__ | |

**Fill in this information to identify the case:**

Debtor name __**Latitude DENG LLC**__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) __**25-90015**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**See attached Exhibit "E"** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,322.00 | $17,322.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Prepetition Wages Paid through Order, Docket No. 39** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Ameristar Screen & Glass**<br>**PO Box 29309**<br>**Dallas, TX 75229**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,597.90 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**AMG Plumbing & More LLC**<br>**5504 Bandera Rd**<br>**San Antonio, TX 78238**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | $551.00 |

**Latitude DENG LLC**

| First Name | Job Title | | PAYROLL FEBRUARY 9 - 24, 2025 |
|---|---|---|---|
| Lauren B. | Leasing Agent | | $1,520.00 |
| Andres C. | Maintenance Assistant | | $1,920.00 |
| Marisol M. | Area Manager | | $2,842.00 |
| Luis G. | Groundskeeper | | $1,280.00 |
| Jorge M. | Make Ready | | $1,440.00 |
| Raul C. | Porter | | $1,280.00 |
| Ariangel M. | Housekeeper | | $1,280.00 |
| Abraham C. | Maintenance Lead | | $2,320.00 |
| Coraima C. | Assistant Manager | | $1,920.00 |
| Samantha R. | Leasing Agent | | $1,520.00 |

# EXHIBIT "E"

| Debtor | **Latitude DENG LLC** | Case number (if known) | **25-90015** |
|---|---|---|---|
| | Name | | |

---

**3.3**

**Nonpriority creditor's name and mailing address**

**AMS Billing.com**
**P.O. Box 737943**
**Dallas, TX 75373-7943**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,428.25

---

**3.4**

**Nonpriority creditor's name and mailing address**

**Apartment Ideas**
**924 Raynolds St.**
**El Paso, TX 79903**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$767.42

---

**3.5**

**Nonpriority creditor's name and mailing address**

**Apartment Lines**
**P.O. Box 271227**
**Louisville, CO 80027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$616.00

---

**3.6**

**Nonpriority creditor's name and mailing address**

**Apartment List Inc.**
**PO BOX 737097**
**Dallas, TX 75373-7943**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,751.00

---

**3.7**

**Nonpriority creditor's name and mailing address**

**Apartment247.com**
**1250 W Charleston Park Ave**
**Pahrump, NV 89048**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,395.00

---

**3.8**

**Nonpriority creditor's name and mailing address**

**Apartments LLC**
**2563 Collection Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$38,598.88

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Artisent Floors**
**P.O. Box 17526**
**Memphis, TN 38187**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$27,653.03

---

| Debtor | **Latitude DENG LLC** | Case number (if known) | **25-90015** |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,835.00**

**AT Cleaning Company**
**243 Laurelwood Dr**
**San Antonio, TX 78213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,687.67**

**Chadwell Supply**
**PO Box 105172**
**Atlanta, GA 30348-5172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City of San Antonio Water System**
**Law Offices of Elizabeth G. Smith**
**6655 First Park Ten Suite 240**
**San Antonio, TX 78213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,855.07**

**Commercial Chemical Products**
**dbaPoolsure**
**1707 Townhurst Dr.**
**Houston, TX 77043**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,187.55**

**ConService LLC.**
**P.O. Box 1500**
**Hemet, CA 92546-1500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**Courtesy**
**264 CR 2801 W**
**Mico, TX 78056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,560.50**

**CPS Energy**
**PO Box 2678**
**San Antonio, TX 78289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Latitude DENG LLC** | Case number (if known) | **25-90015** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,623.39**

**Davila Electric Co Inc**
**1842 Bandera Rd.**
**San Antonio, TX 78228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$736.29**

**Discount Banners and Signs**
**P.O. Box 115**
**Keller, TX 76244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$852.82**

**East End Glass Company Inc.**
**1870 Rigby Ave**
**San Antonio, TX 78210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,041.94**

**ECOTEAM LLC**
**3900 Valley View Lane**
**Irving, TX 75062-2400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169,043.57**

**Four Star Builders**
**3616 Far W. Blvd #117-176**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,820.01**

**Frontier Waste - South San Antonio**
**P.O. Box 1283**
**Hillsboro, TX 76645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.62**

**Grace Hill**
**4545 Fuller Drive, Suite 406**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Latitude DENG LLC** | Case number (if known) | **25-90015** |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**
GVA
183 Wilson St., Suite 358
Brooklyn, NY 11211

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.25**

**Nonpriority creditor's name and mailing address**
Heritage Equity Management LLC
ATTN: Legal Department
528 Prospect Street
East Orange, NJ 07017

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$139,263.52**

---

**3.26**

**Nonpriority creditor's name and mailing address**
InterSolutions LLC
PO BOX 825965
Philadelphia, PA 19182-5965

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$6,844.71**

---

**3.27**

**Nonpriority creditor's name and mailing address**
IPFS of New York, LLC
39 West 37th St
9th Floor
New York, NY 10018

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$33,715.04**

---

**3.28**

**Nonpriority creditor's name and mailing address**
Israel's Painting
PO Box 681014
San Antonio, TX 78268

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$11,337.88**

---

**3.29**

**Nonpriority creditor's name and mailing address**
J.R. Scapes and Land Services LLC
181042 PO Box
Austin, TX 78718

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$2,489.75**

---

**3.30**

**Nonpriority creditor's name and mailing address**
Latitude 6400 LLC
Attn: Swapnil Agarwal
251 Little Falls Drive
Wilmington, DE 19808

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$750,000.00**

---

| Debtor | **Latitude DENG LLC** | Case number (if known) | **25-90015** |
|---|---|---|---|
| | Name | | |

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Lowe's Pro Supply**
**6910 Brasada Drive**
**Houston, TX 77085**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$12,181.92**

---

**3.32**

**Nonpriority creditor's name and mailing address**
**Mission Golf Cars**
**18865 Redland Rd**
**San Antonio, TX 78259**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,228.00**

---

**3.33**

**Nonpriority creditor's name and mailing address**
**Multi Link Security**
**PO Box 461028**
**San Antonio, TX 78246**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$341.56**

---

**3.34**

**Nonpriority creditor's name and mailing address**
**Nitya AM, LLC**
**c/o Swapnil Agarwal**
**8901 Gaylord Drive, Ste 100**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Nord Group LLC**
**183 Wilson St., Suite 358**
**Brooklyn, NY 11211**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$3,354,396.06**

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Patrick O'Connor & Associates**
**Dept 523 P.O. Box 4458**
**Houston, TX 77210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$8,248.67**

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Peoples Bank**
**Stephanie Tolson**
**5151 San Felipe Suite 1380**
**Houston, TX 77056**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Latitude DENG LLC** | | Case number (if known) | **25-90015** |
|---|---|---|---|---|
| | Name | | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,870.50** |
|---|---|---|---|

**Performance Plumbing**
**10004 Wurzbach Rd #265**
**San Antonio, TX 78230**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,485.24** |
|---|---|---|---|

**Petra Painting & Construction LLC**
**8666 Huebner Rd Ste 108**
**San Antonio, TX 78240**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,020.00** |
|---|---|---|---|

**Quality Cleaning and Painting**
**1719 Hermine Blvd**
**San Antonio, TX 78201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,988.99** |
|---|---|---|---|

**REALPAGE, INC.**
**PO Box 842899**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,869.91** |
|---|---|---|---|

**ResMan**
**PO Box 4687**
**Logan, UT 84323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,419.00** |
|---|---|---|---|

**Roble's Professional Cleaning**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$132,030.77** |
|---|---|---|---|

**San Antonio Water System**
**P.O. Box 2990**
**San Antonio, TX 78299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Latitude DENG LLC** | Case number (if known) | **25-90015** |
|---|---|---|---|
| | Name | | |

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$465.27**

**Southcross Security Inc.**
**P.O. Box 742145**
**Houston, TX 77274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$782.61**

**Spectrum Enterprise**
**12012 N. Mopac Expressway**
**Austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$764.03**

**The Sherwin Williams Co.**
**7688 Bandera Rd**
**San Antonio, TX 78238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,441.28**

**The Steamery San Antonio**
**7315 New Sulphur Springs**
**San Antonio, TX 78263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$794.18**

**Valence Docs By Inhabit**
**P.O. Box 737940**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,817.19**

**Waste Management of Texas, Inc.**
**PO Box 660345**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00**

**Zillow Group Inc**
**1301 2nd Avenue - 36th Floor**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Latitude DENG LLC** | Case number (if known) | **25-90015** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,364.51 |
|---|---|---|---|

**Zumper Inc.**
**555 Montgomery Street Suite 1300**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Baker Botts LLP**<br>**Attn: C. Christopher Wilson**<br>**910 Louisiana Street, Ste 3400**<br>**Houston, TX 77002** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Latitude 6400 LLC**<br>**8901 Gaylord Drive, Ste 100**<br>**Houston, TX 77024** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **SAWS Attn: Customer Service**<br>**PO Box 2449**<br>**San Antonio, TX 78298** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 17,322.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,899,488.50 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,916,810.50 |

| Fill in this information to identify the case: |
| --- |

Debtor name __**Latitude DENG LLC**__

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF TEXAS___

Case number (if known) __**25-90015**__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **All Tentant Rental Agreements with Latitude DENG LLC** | |
| State the term remaining | |
| List the contract number of any government contract | **All Tenant Contracts** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Marketing Subscription** | |
| State the term remaining | |
| List the contract number of any government contract | **CoStar Information & Apartments.com** **1331 L St NW** **Washington, DC 20005-4101** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Laundry Solutions Lease** | |
| State the term remaining | |
| List the contract number of any government contract | **CSC ServiceWorks, Inc.** **5747 Brittmoore Road** **Houston, TX 77041** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Management Contract** | |
| State the term remaining | |
| List the contract number of any government contract | **Heritage Equity Management LLC** **ATTN: Legal Department** **528 Prospect Street** **East Orange, NJ 07017** |

| Debtor 1 | **Latitude DENG LLC** | | | Case number *(if known)* | **25-90015** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Copy machine lease agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Smart Office Automation**<br>**8316 Willow Place Drive N**<br>**Houston, TX 77070** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Security Systems Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Southcross Security Inc.**<br>**P.O. Box 742145**<br>**Houston, TX 77274** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Waste Containers** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Waste Management of Texas, Inc.**<br>**PO Box 660345**<br>**Dallas, TX 75266** |

**Fill in this information to identify the case:**

Debtor name     **Latitude DENG LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **25-90015**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Baruch Teitelbaum** | **183 Wilson St, #358 Brooklyn, NY 11211** | **Walker & Dunlop, LLC** | ■ D   **2.11** ☐ E/F _____ ☐ G _____ |
| 2.2 | **Dr. Khaled Noor** | **183 Wilson St. Ste 358 Brooklyn, NY 11211** | **Walker & Dunlop, LLC** | ■ D   **2.11** ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Latitude DENG LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**25-90015**__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **To be Supplemented** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$3,468,805.46** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **To be Supplemented** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor   **Latitude DENG LLC**                                      Case number *(if known)*   **25-90015**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **To be Supplemented** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attached Exhibit "SOFA #4"** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Peoples Bank v. Latitude DENG LLC, Park at Crestview DENG LLC, and Terrain DENG LLC** **2025CI01699** | | **Bexar County 438th District Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **Dark Blue Inc. et al v. Latitude DENG LLC** **2024CI01855** | | **Bexar County 150th District Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Date | Category | Transaction | Type of Transaction | Transfer from Latitude to Nord Group LLC | Transfer from Nord Group LLC LLC to Latitude |
|---|---|---|---|---|---|
| 3/2/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 16720496671 03/02 | Account transfer | | ($500.00) |
| 3/30/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 16955293496 03/30 | Account transfer | | ($10,000.00) |
| 4/17/2023 | Latitude | Online Transfer from MMA ...3103 transaction#: 17112612594 | Account transfer | $10,000.00 | |
| 4/25/2023 | Latitude | Online Transfer from MMA ...3103 transaction#: 17179322515 | Account transfer | $60,000.00 | |
| 4/28/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 17207447198 04/28 | Account transfer | | ($60,000.00) |
| 5/9/2022 | Latitude | Online Transfer to MMA ...3103 transaction#: 17307788822 05/09 | Account transfer | | ($170,000.00) |
| 5/12/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 17335364745 05/12 | Account transfer | | ($10,000.00) |
| 6/12/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 17606250567 06/12 | Account transfer | | ($235,000.00) |
| 6/12/2023 | Latitude | Online Transfer from MMA ...3103 transaction#: 17606158151 | Account transfer | $75,000.00 | |
| 7/10/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 17852788672 07/10 | Account transfer | | ($136,000.00) |
| 7/26/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 17990976680 07/26 | Account transfer | | ($85,000.00) |
| 8/10/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 18130591583 08/10 | Account transfer | | ($148,000.00) |
| 8/16/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 18183038137 08/16 | Account transfer | | ($18,000.00) |
| 8/21/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 18228581977 08/21 | Account transfer | | ($98,000.00) |
| 9/11/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 18412023340 09/11 | Account transfer | | ($165,000.00) |
| 9/27/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 18556148525 09/27 | Account transfer | | ($12,000.00) |
| 10/2/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 18610273300 10/02 | Account transfer | | ($10,000.00) |
| 10/10/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 18682453661 10/10 | Account transfer | | ($210,000.00) |
| 10/13/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 18712265718 10/13 | Account transfer | | ($8,000.00) |
| 10/17/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 18746786001 10/17 | Account transfer | | ($8,000.00) |
| 10/20/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 18778607654 10/20 | Account transfer | | ($15,000.00) |
| 10/26/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 18828219829 10/26 | Account transfer | | ($20,000.00) |
| 11/13/2023 | Latitude | Online Transfer from CHK ...1696 transaction#: 18999406531 | Account transfer | $1,000.00 | |
| 11/13/2023 | Latitude | Online Transfer from MMA ...3103 transaction#: 18995233056 | Account transfer | $20,000.00 | |
| 11/17/2023 | Latitude | Online Transfer from MMA ...3103 transaction#: 19036113084 11/17 | Account transfer | | ($1,200.00) |
| 11/22/2023 | Latitude | Online Transfer from MMA ...3103 transaction#: 19082860075 | Account transfer | $4,000.00 | |
| 11/27/2023 | Latitude | Online Transfer to CHK ...1696 transaction#: 19121474185 11/27 | Account transfer | | ($3,000.00) |
| 11/29/2023 | Latitude | Online Transfer to CHK ...1696 transaction#: 19136256840 11/29 | Account transfer | | ($4,000.00) |
| 11/30/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 19145949055 11/30 | Account transfer | | ($235,000.00) |
| 12/6/2023 | Latitude | Online Transfer from CHK ...1696 transaction#: 19212731220 | Account transfer | $168.60 | |
| 12/11/2023 | Latitude | Online Transfer to MMA ...3103 transaction#: 19258981603 12/11 | Account transfer | | ($197,000.00) |
| 12/18/2023 | Latitude | Online Transfer to CHK ...1696 transaction#: 19325725375 12/18 | Account transfer | | ($5,000.00) |
| 12/22/2023 | Latitude | Online Transfer to CHK ...1696 transaction#: 19367204420 12/22 | Account transfer | | ($2,000.00) |

**EXHIBIT**

**SOFA #4**

| Date | | Description | Type | Amount | |
|------|---|-------------|------|--------|---|
| 1/2/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 19463157460 01/02 | Account transfer | | ($2,000.00) |
| 1/2/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 19462060315 | Account transfer | $19,000.00 | |
| 1/5/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 19497537900 | Account transfer | $5,000.00 | |
| 1/8/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 19521185699 | Account transfer | $24,000.00 | |
| 1/19/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 19621749121 | Account transfer | $1,000.00 | |
| 1/25/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 19671559104 01/25 | Account transfer | | ($7,000.00) |
| 1/31/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 19729346236 01/31 | Account transfer | | ($245,000.00) |
| 2/5/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 19783989636 02/05 | Account transfer | | ($50,000.00) |
| 2/12/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 19845056794 02/12 | Account transfer | | ($200,000.00) |
| 2/15/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 19876504650 02/15 | Account transfer | | ($28,000.00) |
| 2/20/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 19920150646 | Account transfer | $8,000.00 | |
| 2/22/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 19944467365 02/22 | Account transfer | | ($15,000.00) |
| 3/1/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 20015860935 03/01 | Account transfer | | ($8,000.00) |
| 3/11/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 20124247898 03/11 | Account transfer | | ($165,000.00) |
| 3/13/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 20147192196 03/13 | Account transfer | | ($4,000.00) |
| 3/15/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20170137277 03/15 | Account transfer | | ($10,000.00) |
| 3/15/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 20164742833 03/15 | Account transfer | | ($20,000.00) |
| 3/18/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 20174366146 | Account transfer | $10,000.00 | |
| 3/20/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20211574131 03/20 | Account transfer | | ($50.00) |
| 3/20/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 20211532292 03/20 | Account transfer | | ($8,500.00) |
| 3/26/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20272717160 03/26 | Account transfer | | ($500.00) |
| 3/26/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20272692519 03/26 | Account transfer | | ($3,500.00) |
| 3/28/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20289490294 03/28 | Account transfer | | ($2,100.00) |
| 3/28/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20288288844 03/28 | Account transfer | | ($3,000.00) |
| 4/1/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20311274213 04/01 | Account transfer | | ($15,000.00) |
| 4/5/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 20380976362 | Account transfer | $400,000.00 | |
| 4/10/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 20426295144 04/10 | Account transfer | | ($77,600.00) |
| 4/11/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20436089612 04/11 | Account transfer | | ($1,000.00) |
| 4/12/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20451588749 04/12 | Account transfer | | ($5,650.00) |
| 4/15/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20459065043 04/15 | Account transfer | | ($2,500.00) |
| 4/16/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20490355210 04/16 | Account transfer | | ($5,000.00) |
| 4/18/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20505068768 04/18 | Account transfer | | ($300.00) |
| 4/19/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20519175087 04/19 | Account transfer | | ($20,000.00) |
| 4/22/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 20547845572 | Account transfer | $5,000.00 | |
| 4/26/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20588121645 04/26 | Account transfer | | ($7,300.00) |

| Date | | Description | | Type | Credit | Debit |
|---|---|---|---|---|---|---|
| 4/30/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20624101982 04/30 | | Account transfer | | ($10,000.00) |
| 5/10/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20741252115 05/10 | | Account transfer | | ($3,000.00) |
| 5/10/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 20739852908 | | Account transfer | $300,000.00 | |
| 5/14/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20778513081 05/14 | | Account transfer | | ($8,000.00) |
| 5/16/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20800006523 05/16 | | Account transfer | | ($5,000.00) |
| 5/16/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20796154876 05/16 | | Account transfer | | ($4,000.00) |
| 5/20/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20838172221 05/20 | | Account transfer | | ($5,000.00) |
| 5/24/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 20882947248 05/24 | | Account transfer | | ($7,200.00) |
| 5/29/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 20918369813 | | Account transfer | $2,000.00 | |
| 6/3/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 20981700152 | | Account transfer | $7,200.00 | |
| 6/5/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 21003719421 06/05 | | Account transfer | | ($20,000.00) |
| 6/10/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 21056344286 06/10 | | Account transfer | | ($208,000.00) |
| 6/12/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 21074898026 06/12 | | Account transfer | | ($10,000.00) |
| 6/20/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 21152516426 06/20 | | Account transfer | | ($110,000.00) |
| 6/21/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 21171432180 | | Account transfer | $4,500.00 | |
| 6/21/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 21171426291 | | Account transfer | $10,000.00 | |
| 6/24/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 21198080657 06/24 | | Account transfer | | ($450.00) |
| 6/24/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 21178387660 06/24 | | Account transfer | | ($22,000.00) |
| 6/27/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 21226768588 06/27 | | Account transfer | | ($10,000.00) |
| 6/28/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 21240248681 06/28 | | Account transfer | | ($12,000.00) |
| 7/1/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 21276494427 07/01 | | Account transfer | | ($1,500.00) |
| 7/1/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 21273250072 | | Account transfer | $3,000.00 | |
| 7/5/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 21315965535 | | Account transfer | $2,472.34 | |
| 7/5/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 21315206200 | | Account transfer | $3,888.00 | |
| 7/10/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 21364297591 07/10 | | Account transfer | | ($171,000.00) |
| 7/11/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 21377330572 | | Account transfer | $300.00 | |
| 7/12/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 21388845134 07/12 | | Account transfer | | ($5,000.00) |
| 7/15/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 21414193902 07/15 | | Account transfer | | ($2,000.00) |
| 7/16/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 21428611368 07/16 | | Account transfer | | ($10,000.00) |
| 7/17/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 21436582576 07/17 | | Account transfer | | ($500.00) |
| 7/17/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 21435435109 07/17 | | Account transfer | | ($2,000.00) |
| 7/17/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 21433443830 07/17 | | Account transfer | | ($1,500.00) |
| 7/17/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 21430609831 07/17 | | Account transfer | | ($1,000.00) |
| 7/19/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 21456656678 07/19 | | Account transfer | | ($12,000.00) |
| 7/19/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 21462104264 | | Account transfer | $1,500.00 | |

| | | | | |
|---|---|---|---|---|
| 7/22/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21483888289 07/22 | Account transfer | | ($500.00) |
| 7/22/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21482467428 07/22 | Account transfer | | ($2,500.00) |
| 7/24/2024 Latitude | Online Transfer from CHK ...1696 transaction#: 21506369257 | Account transfer | $500.00 | |
| 7/26/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21529692069 07/26 | Account transfer | | ($1,000.00) |
| 7/29/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21552397928 07/29 | Account transfer | | ($500.00) |
| 7/29/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21550432722 07/29 | Account transfer | | ($6,000.00) |
| 7/29/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21550125872 07/29 | Account transfer | | ($6,500.00) |
| 8/2/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21604513091 08/02 | ACCT_XFER | | ($17,000.00) |
| 8/5/2024 Latitude | Online Transfer from CHK ...1696 transaction#: 21629096412 | ACCT_XFER | $20,000.00 | |
| 8/12/2024 Latitude | Online Transfer from CHK ...1696 transaction#: 21706627527 | ACCT_XFER | $10,000.00 | |
| 8/14/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21725789506 08/14 | ACCT_XFER | | ($5,000.00) |
| 8/14/2024 Latitude | Online Transfer to MMA ...3103 transaction#: 21723249615 08/14 | ACCT_XFER | | ($210,000.00) |
| 8/15/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21737484549 08/15 | ACCT_XFER | | ($2,000.00) |
| 8/15/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21737455201 08/15 | ACCT_XFER | | ($15,000.00) |
| 8/16/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21750587370 08/16 | ACCT_XFER | | ($30,000.00) |
| 8/16/2024 Latitude | Online Transfer to MMA ...3103 transaction#: 21749033590 08/16 | ACCT_XFER | | ($30,000.00) |
| 8/28/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21870372413 08/28 | ACCT_XFER | | ($5,000.00) |
| 8/29/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21881922176 08/29 | ACCT_XFER | | ($15,000.00) |
| 8/30/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21896971471 08/30 | ACCT_XFER | | ($7,000.00) |
| 8/30/2024 Latitude | Online Transfer to MMA ...3103 transaction#: 21895171061 08/30 | ACCT_XFER | | ($15,000.00) |
| 8/30/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21884376567 08/30 | ACCT_XFER | | ($1,000.00) |
| 9/3/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21902590990 09/03 | ACCT_XFER | | ($1,500.00) |
| 9/5/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21963669321 09/05 | ACCT_XFER | | ($3,600.00) |
| 9/6/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 21976328993 09/06 | ACCT_XFER | | ($10,000.00) |
| 9/9/2024 Latitude | Online Transfer to MMA ...3103 transaction#: 22006798047 09/09 | ACCT_XFER | | ($15,000.00) |
| 9/9/2024 Latitude | Online Transfer to MMA ...3103 transaction#: 22006373419 09/09 | ACCT_XFER | | ($20,000.00) |
| 9/10/2024 Latitude | Online Transfer to MMA ...3103 transaction#: 22013997452 09/10 | ACCT_XFER | | ($210,000.00) |
| 9/13/2024 Latitude | Online Transfer to MMA ...3103 transaction#: 22050566105 09/13 | ACCT_XFER | | ($26,000.00) |
| 9/17/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 22090306865 09/17 | ACCT_XFER | | ($75,000.00) |
| 9/19/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 22107210210 09/19 | ACCT_XFER | | ($3,000.00) |
| 9/19/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 22104829273 09/19 | ACCT_XFER | | ($5,000.00) |
| 9/24/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 22161474663 09/24 | ACCT_XFER | | ($500.00) |
| 9/24/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 22160478915 09/24 | ACCT_XFER | | ($2,500.00) |
| 9/24/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 22160437326 09/24 | ACCT_XFER | | ($3,000.00) |
| 9/26/2024 Latitude | Online Transfer to CHK ...1696 transaction#: 22180720370 09/26 | ACCT_XFER | | ($1,200.00) |

| Date | | Description | Type | | |
|---|---|---|---|---|---|
| 9/26/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22177368678 09/26 | ACCT_XFER | | ($1,000.00) |
| 9/27/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22195375888 09/27 | ACCT_XFER | | ($8,000.00) |
| 9/27/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22193892646 09/27 | ACCT_XFER | | ($5,000.00) |
| 9/27/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 22193837474 09/27 | ACCT_XFER | | ($20,000.00) |
| 9/27/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22188239410 09/27 | ACCT_XFER | | ($3,000.00) |
| 9/27/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 22195412593 | ACCT_XFER | $3,000.00 | |
| 9/30/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 22223722718 | ACCT_XFER | $3,000.00 | |
| 10/2/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 22252076650 | ACCT_XFER | $20,000.00 | |
| 10/8/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 22318266258 | ACCT_XFER | $40,000.00 | |
| 10/11/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22353876027 10/11 | ACCT_XFER | | ($10,750.00) |
| 10/15/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22390284944 10/15 | ACCT_XFER | | ($800.00) |
| 10/15/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22387523582 10/15 | ACCT_XFER | | ($1,700.00) |
| 10/15/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22373716793 10/15 | ACCT_XFER | | ($4,000.00) |
| 10/16/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22404683233 10/16 | ACCT_XFER | | ($2,700.00) |
| 10/17/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22411147038 10/17 | ACCT_XFER | | ($4,000.00) |
| 10/18/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22428934954 10/18 | ACCT_XFER | | ($1,650.00) |
| 10/18/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22424579495 10/18 | ACCT_XFER | | ($1,500.00) |
| 10/21/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22457065114 10/21 | ACCT_XFER | | ($1,700.00) |
| 10/21/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 22454492926 10/21 | ACCT_XFER | | ($17,000.00) |
| 10/22/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22459734193 10/22 | ACCT_XFER | | ($1,800.00) |
| 10/23/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 22475429381 | ACCT_XFER | $2,000.00 | |
| 10/25/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 22498980826 10/25 | ACCT_XFER | | ($19,100.00) |
| 10/28/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22528406143 10/28 | ACCT_XFER | | ($620.00) |
| 10/28/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22525597839 10/28 | ACCT_XFER | | ($800.00) |
| 10/28/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22505161168 10/28 | ACCT_XFER | | ($3,000.00) |
| 10/31/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 22557293941 | ACCT_XFER | $4,000.00 | |
| 11/4/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 22613793101 11/04 | ACCT_XFER | | ($76,000.00) |
| 11/4/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 22606414497 | ACCT_XFER | $15,000.00 | |
| 11/5/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22623663318 11/05 | ACCT_XFER | | ($300.00) |
| 11/5/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22619852894 11/05 | ACCT_XFER | | ($9,000.00) |
| 11/5/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22619702354 11/05 | ACCT_XFER | | ($3,000.00) |
| 11/5/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 22618266164 11/05 | ACCT_XFER | | ($151,000.00) |
| 11/7/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22642938840 11/07 | ACCT_XFER | | ($5,000.00) |
| 11/7/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22640987292 11/07 | ACCT_XFER | | ($1,000.00) |
| 11/7/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22635327702 11/07 | ACCT_XFER | | ($1,000.00) |

| Date | | Description | Type | Credit | Debit |
|------|---|-------------|------|--------|-------|
| 11/8/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22658351005 11/08 | ACCT_XFER | | ($8,200.00) |
| 11/8/2024 | Latutude | Online Transfer to MMA ...3103 transaction#: 22654646967 11/08 | ACCT_XFER | | ($10,000.00) |
| 11/12/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22696564456 11/12 | ACCT_XFER | | ($1,500.00) |
| 11/22/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22808510666 11/22 | ACCT_XFER | | ($8,500.00) |
| 11/22/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22808473507 11/22 | ACCT_XFER | | ($2,500.00) |
| 11/22/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 22808613085 | ACCT_XFER | $1,000.00 | |
| 11/25/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 22814308223 | ACCT_XFER | $845.00 | |
| 11/26/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22847932826 11/26 | ACCT_XFER | | ($1,800.00) |
| 11/29/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 22874568050 | ACCT_XFER | $5,000.00 | |
| 11/29/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 22882547985 | ACCT_XFER | $7,000.00 | |
| 12/2/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22918649396 12/02 | ACCT_XFER | | ($600.00) |
| 12/2/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22910733987 12/02 | ACCT_XFER | | ($2,000.00) |
| 12/4/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 22936156475 | ACCT_XFER | $50,000.00 | |
| 12/5/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22951167783 12/05 | ACCT_XFER | | ($10,000.00) |
| 12/6/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 22968407686 12/06 | ACCT_XFER | | ($10,500.00) |
| 12/11/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 23018480910 | ACCT_XFER | $1,500.00 | |
| 12/13/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 23038876748 | ACCT_XFER | $7,000.00 | |
| 12/16/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 23076344446 12/16 | ACCT_XFER | | ($600.00) |
| 12/20/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 23121508210 12/20 | ACCT_XFER | | ($2,000.00) |
| 12/20/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 23115511338 12/20 | ACCT_XFER | | ($12,600.00) |
| 12/20/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 23115381458 | ACCT_XFER | $2,000.00 | |
| 12/23/2024 | Latutude | Online Transfer to CHK ...1696 transaction#: 23154448715 12/23 | ACCT_XFER | | ($400.00) |
| 12/27/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 23192049845 | ACCT_XFER | $2,000.00 | |
| 12/30/2024 | Latutude | Online Transfer from CHK ...1696 transaction#: 23223486303 | ACCT_XFER | $4,000.00 | |
| 1/2/2025 | Latutude | Online Transfer to CHK ...2523 transaction#: 23255736596 01/02 | Account transfer | | ($12,000.00) |
| 1/2/2025 | Latutude | Online Transfer to CHK ...2523 transaction#: 23238909511 01/02 | Account transfer | | ($3,000.00) |
| 1/2/2025 | Latutude | Online Transfer from CHK ...2523 transaction#: 23257059134 | Account transfer | $2,500.00 | |
| 1/2/2025 | Latutude | Online Transfer from CHK ...2523 transaction#: 23256476662 | Account transfer | $7,000.00 | |
| 7-Jan-25 | Latutude | Online Transfer to CHK ...2523 transaction#: 23315440770 | Account transfer | | ($10,000.00) |
| 1/17/2025 | Latutude | Online Transfer from CHK ...2523 transaction#: 23425052888 | Account transfer | $2,000.00 | |
| 1/17/2025 | Latutude | Online Transfer from CHK ...2523 transaction#: 23425104206 | Account transfer | $3,000.00 | |
| 1/17/2025 | Latutude | Online Transfer from CHK ...2523 transaction#: 23424966550 | Account transfer | $3,000.00 | |
| 1/17/2025 | Latutude | Online Transfer from CHK ...2523 transaction#: 23420937418 | Account transfer | $3,000.00 | |
| 1/17/2025 | Latutude | Online Transfer from CHK ...2523 transaction#: 23421107324 | Account transfer | $4,000.00 | |
| 1/17/2025 | Latutude | Online Transfer from CHK ...2523 transaction#: 23420974783 | Account transfer | $4,000.00 | |

| | | | |
|---|---|---|---|
| 27-Jan-25 Latutude | Online Transfer from CHK ...2523 transaction#: 23520236553 | Account transfer | $3,000.00 |
| 28-Jan-25 Latutude | Online Transfer from CHK ...2523 transaction#: 23529700648 | Account transfer | $8,000.00 |
| 29-Jan-25 Latutude | Online Transfer from CHK ...2523 transaction#: 23537073548 | Account transfer | $4,000.00 |
| 1/30/2025 Latutude | Online Transfer from CHK ...2523 transaction#: 23549923106 | Account transfer | $11,000.00 |
| 30-Jan-25 Latutude | Online Transfer from CHK ...2523 transaction#: 23549575189 | Account transfer | $25,000.00 |

| Date | Category | Transaction (Transfers to account 7027 - Nord Construction for employees employed by Nord Construction for services/time rendered at property) | Type of Transaction | Transfer from Latitude to Nord Construction | Transfer from Nord Construction to Latitude |
|---|---|---|---|---|---|
| 14-Nov-23 | Latitude | Online Transfer to CHK ...7027 transaction#: 19006792036 11/14 | Account transfer | $833.67 | |
| 11/29/2023 | Latitude | Online Transfer to CHK ...7027 transaction#: 19136216489 11/29 | Account transfer | $3,466.19 | |
| 8-Dec-23 | Latitude | Online Transfer to CHK ...7027 transaction#: 19235353218 12/08 | Account transfer | $3,590.10 | |
| 28-Dec-23 | Latitude | Online Transfer to CHK ...7027 transaction#: 19418073910 12/28 | Account transfer | $2,477.01 | |
| 4-Jan-24 | Latitude | Online Transfer to CHK ...7027 transaction#: 19486715276 01/04 | Account transfer | $3,400.81 | |
| 8-Jan-24 | Latitude | Online Transfer to CHK ...7027 transaction#: 19521019513 01/08 | Account transfer | $3,190.00 | |
| 29-Jan-24 | Latitude | Online Transfer to CHK ...7027 transaction#: 19707192503 01/29 | Account transfer | $4,224.44 | |
| 2/5/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 19784060730 02/05 | Account transfer | $1,815.00 | |
| 2/5/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 19783912672 02/05 | Account transfer | $6,162.50 | |
| 2/15/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 19876402819 02/15 | Account transfer | $1,815.00 | |
| 2/15/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 19876343322 02/15 | Account transfer | $4,138.05 | |
| 29-Feb-24 | Latitude | Online Transfer to CHK ...7027 transaction#: 20010353288 02/29 | Account transfer | $2,192.87 | |
| 14-Mar-24 | Latitude | Online Transfer to CHK ...7027 transaction#: 20155210977 03/14 | Account transfer | $852.50 | |
| 3/18/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 20197443781 03/18 | Account transfer | $3,870.89 | |
| 2-Apr-24 | Latitude | Online Transfer to CHK ...7027 transaction#: 20343527337 04/02 | Account transfer | $4,100.83 | |
| 4/16/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 20486686528 04/16 | Account transfer | $3,764.58 | |
| 4/26/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 20586885843 04/26 | Account transfer | $728.75 | |
| 4/30/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 20623534105 04/30 | Account transfer | $4,041.84 | |
| 5/10/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 20739944428 05/10 | Account transfer | $605.00 | |
| 5/10/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 20736493216 05/10 | Account transfer | $2,560.00 | |
| 5/24/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 20882253418 05/24 | Account transfer | $1,361.25 | |
| 5/24/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 20882220912 05/24 | Account transfer | $3,057.55 | |
| 5/28/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 20889253215 05/28 | Account transfer | $3,000.00 | |
| 4-Jun-24 | Latitude | Online Transfer to CHK ...7027 transaction#: 20988881454 06/04 | Account transfer | $3,300.00 | |
| 6/7/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 21031635488 06/07 | Account transfer | $4,840.10 | |
| 7-Jun-24 | Latitude | Online Transfer to CHK ...7027 transaction#: 21031605920 06/07 | Account transfer | $2,653.75 | |
| 7/5/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 21318207424 07/05 | Account transfer | $2,767.50 | |
| 7/5/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 21318213918 07/05 | Account transfer | $4,290.55 | |
| 7/31/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 21572738712 07/31 | Account transfer | $3,150.00 | |
| 7/31/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 21572659282 07/31 | Account transfer | $412.50 | |
| 31-Jul-24 | Latitude | Online Transfer to CHK ...7027 transaction#: 21572538152 07/31 | Account transfer | $2,505.27 | |
| 8/2/2024 | Latitude | Online Transfer to CHK ...7027 transaction#: 21603977832 08/02 | Account transfer | $7,020.00 | |

| | | | | |
|---|---|---|---|---|
| 8/2/2024 Latitude | Online Transfer to CHK ...7027 transaction# 21603846060 08/02 | Account transfer | | $1,367.38 |
| 8/16/2024 Latitude | Online Transfer to CHK ...7027 transaction# 21749137585 08/16 | Account transfer | | $2,160.00 |
| 8/16/2024 Latitude | Online Transfer to CHK ...7027 transaction# 21749152971 08/16 | Account transfer | | $4,080.00 |
| 8/16/2024 Latitude | Online Transfer to CHK ...7027 transaction# 21749126845 08/16 | Account transfer | | $6,520.00 |
| 8/16/2024 Latitude | Online Transfer to CHK ...7027 transaction# 21749103715 08/16 | Account transfer | | $5,826.00 |
| 8/16/2024 Latitude | Online Transfer to CHK ...7027 transaction# 21749042045 08/16 | Account transfer | | $2,571.25 |
| 8/16/2024 Latitude | Online Transfer to CHK ...7027 transaction# 21749059074 08/16 | Account transfer | | $3,217.80 |
| 8/30/2024 Latitude | Online Transfer to CHK ...7027 transaction# 21895330271 08/30 | Account transfer | | $1,000.00 |
| 8/30/2024 Latitude | Online Transfer to CHK ...7027 transaction# 21895309160 08/30 | Account transfer | | $1,000.00 |
| 8/30/2024 Latitude | Online Transfer to CHK ...7027 transaction# 21895279751 08/30 | Account transfer | | $2,200.00 |
| 8/30/2024 Latitude | Online Transfer to CHK ...7027 transaction# 21895246045 08/30 | Account transfer | | $1,200.00 |
| 8/30/2024 Latitude | Online Transfer to CHK ...7027 transaction# 21895230217 08/30 | Account transfer | | $1,072.50 |
| 8/30/2024 Latitude | Online Transfer to CHK ...7027 transaction# 21895191102 08/30 | Account transfer | | $3,268.70 |
| 9/13/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22050599146 09/13 | Account transfer | | $8,000.00 |
| 9/13/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22050588667 09/13 | Account transfer | | $11,576.00 |
| 9/13/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22050396114 09/13 | Account transfer | | $1,000.00 |
| 9/13/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22050395286 09/13 | Account transfer | | $1,200.00 |
| 9/13/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22050293162 09/13 | Account transfer | | $4,107.20 |
| 9/27/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22193858531 09/27 | Account transfer | | $9,500.00 |
| 9/27/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22193855496 09/27 | Account transfer | | $1,200.00 |
| 9/27/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22193870766 09/27 | Account transfer | | $1,200.00 |
| 9/27/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22193850447 09/27 | Account transfer | | $11,400.00 |
| 9/27/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22193760260 09/27 | Account transfer | | $2,609.53 |
| 10/10/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22340096036 10/10 | Account transfer | | $528.00 |
| 10-Oct-24 Latitude | Online Transfer to CHK ...7027 transaction# 22340085532 10/10 | Account transfer | | $984.06 |
| 10/25/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22498990810 10/25 | Account transfer | | $2,200.00 |
| 10/25/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22498962862 10/25 | Account transfer | | $2,000.00 |
| 10/25/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22498962097 10/25 | Account transfer | | $1,319.50 |
| 11/8/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22654663753 11/08 | Account transfer | | $2,000.00 |
| 11/8/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22654633990 11/08 | Account transfer | | $2,000.00 |
| 11/8/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22654220042 11/08 | Account transfer | | $1,334.00 |
| 11/8/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22654057025 11/08 | Account transfer | | $484.08 |
| 11/22/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22808447983 11/22 | Account transfer | | $2,000.00 |
| 11/22/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22808398133 11/22 | Account transfer | | $2,000.00 |
| 11/22/2024 Latitude | Online Transfer to CHK ...7027 transaction# 22808343547 11/22 | Account transfer | | $1,392.00 |

| | | | | |
|---|---|---|---|---|
| 12/6/2024 Latitude | Online Transfer to CHK ...7027 transaction#: 22964602442 12/06 | Account transfer | | $1,600.00 |
| 12/6/2024 Latitude | Online Transfer to CHK ...7027 transaction#: 22964599097 12/06 | Account transfer | | $2,000.00 |
| 12/6/2024 Latitude | Online Transfer to CHK ...7027 transaction#: 22964533239 12/06 | Account transfer | | $7,600.00 |
| 12/6/2024 Latitude | Online Transfer to CHK ...7027 transaction#: 22964520493 12/06 | Account transfer | | $1,296.00 |
| 12/6/2024 Latitude | Online Transfer to CHK ...7027 transaction#: 22964473697 12/06 | Account transfer | | $1,051.69 |
| 1/2/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23257059878 01/02 | Account transfer | | $2,496.00 |
| 1/2/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23256506085 01/02 | Account transfer | | $1,000.00 |
| 1/2/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23256505024 01/02 | Account transfer | | $2,000.00 |
| 1/2/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23256490624 01/02 | Account transfer | | $2,000.00 |
| 1/2/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23256102470 01/02 | Account transfer | | $3,057.26 |
| 1/17/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23425001362 01/17 | Account transfer | | $2,000.00 |
| 1/17/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23424893914 01/17 | Account transfer | | $800.00 |
| 1/17/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23421108314 01/17 | Account transfer | | $2,652.00 |
| 1/17/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23421047118 01/17 | Account transfer | | $792.00 |
| 1/17/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23420980056 01/17 | Account transfer | | $3,294.61 |
| 1/17/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23420931463 01/17 | Account transfer | | $4,637.50 |
| 1/30/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23549832913 01/30 | Account transfer | | $2,867.62 |
| 1/30/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23549785176 01/30 | Account transfer | | $1,932.00 |
| 1/30/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23549700731 01/30 | Account transfer | | $2,000.00 |
| 1/30/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23549623455 01/30 | Account transfer | | $2,000.00 |
| 2/18/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23750945622 02/18 | Account transfer | | $2,612.14 |
| 2/18/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23750945622 02/18 | Account transfer | | $2,612.14 |
| 2/18/2025 Latitude | Online Transfer to CHK ...7027 transaction#: 23750939539 02/18 | Account transfer | | $1,848.00 |
| 18-Feb-25 Latitude | Online Transfer to CHK ...7027 transaction#: 23750759526 02/18 | Account transfer | | $1,000.00 |

| Date | Category | Transaction | Type of Transaction | Transfer from Baruch Teitelbaum's account to Terrain | Transfer from Terrain to Baruch Teitelbaum's account |
|------|----------|-------------|---------------------|------|------|
| 8/15/2024 | Latitude | Online Transfer to CHK ...1863 transaction#: 21737697656 08/15 | Expense Reimnursement | | ($13,800.00) |

Debtor   **Latitude DENG LLC**                                   Case number *(if known)* **25-90015**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Latitude DENG LLC v. Bexar Appraisal District et al 2024CI18895** | | **Bexar County 438th District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **LATITUDE DENG LLC vs. KRISTI DANIELS 21E2401318** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. **LATITUDE DENG LLC VS ANETTE G LOPEZ 2024CV02975** | | **Bexar County Court at Law NO 3** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.6. **LATITUDE DENG LLC vs. ANETTE LOPEZ 21E2401354** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.7. **LATITUDE DENG LLC vs. DEBORAH MORENO 21E2401319** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. **LATITUDE DENG LLC vs. BRITTNEY PAULSEN,TRAY PAULSEN 21E2401321** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. **LATITUDE DENG LLC vs. CHRISTINA ALVARADO 21E2401320** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. **LATITUDE DENG LLC vs. JOSHUA MARTINEZ,RENEE SANCHEZ 21E2401322** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11. **LATITUDE DENG LLC vs. TARON JACKSON,DAESHANIKKA JACKSON 21E2401323** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **LATITUDE DENG LLC vs. BETTY MENCHACA 21E2401435** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.13. **LATITUDE DENG LLC vs. RACHEL DOREY 21E2401436** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14. **Latitude DENG, LLC v. Vamvoras, LTD 2024CI10138** | | **Bexar County 225th District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Latitude DENG LLC**                                       Case number *(if known)*   **25-90015**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.15. | **Latitude DENG LLC v. Rainbow Renovation LLC**<br>**202417708** | | **Harris County 152nd District Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Latitude DENG, LLC v. Alamo Welding and Boiler Works Inc.**<br>**2024CI14517** | | **Bexar County 150th District Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Latitude DENG, LLC v. Eco Scapes of Texas, LLC**<br>**2024CI11522** | | **Bexar County 150th District Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Terrain at Medical Center, LLC and Latitude 6400, LLC v. Terrain DENG GP LLC and Latitude DENG GP LLC v. Swapnil Agarwal, and Interventors: Terrain DENG LLC and Latitude DENG LLC**<br>**2023-35767** | | **61st District Court, Harris County**<br>**201 Caroline St**<br>**Houston, TX 77002** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Commercial Chemical Products Inc dba Poolsure v. Latitude DENG LLC**<br>**245200337030** | | **Harris County JP Precinct 5, Place 2**<br>**16715 Clay Road #4**<br>**Houston, TX 77084** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.20. | **IPFS of New York LLC v. Nord Group LLC; Terrain Deng LLC; and Latitude DNG LLC**<br>**515358 / 2024** | | **Supreme Court of the State of New York**<br>**County of Kings**<br>**360 Adams St #4**<br>**Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **Latitude DENG LLC**                                    Case number *(if known)*  **25-90015**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Haselden Farrow PLLC 708 Main Street 10th Floor Houston, TX 77002** | | **02/21/25** | **$55,347.00** |
| | **Email or website address www.HaseldenFarrow.com** | On February 21, 2025, HF received a retainer for representation of the Debtors via wire transfer in the amount of $86,592.00 (including $6,952.00 for Chapter 11 filing fees for each Debtor) from Nord Group, an affiliated real estate investment /management entity of the Debtors in which Mr. Teitelbaum and Dr. Noor, majority owners of the Debtors, each own an interest. On February 24, 2025, HF applied $24,563.00, plus $6,952.00 in filing fees (aggregate amount applied $31,515.00), of the prepetition retainer for legal services and expenses provided in conjunction with the bankruptcy preparation, leaving the balance of $55,437.00 as the post-petition retainer for fees and expenses to be billed in connection with the Bankruptcy Cases of 514 That Way, LLC, Park at Crestview DENG, LLC. Latitude DENG LLC and Terrain DENG, LLC. | | |
| | **Who made the payment, if not debtor? Nord Group LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ See Exhibit "SOFA #4"

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

Debtor   **Latitude DENG LLC**                                    Case number *(if known)*  **25-90015**

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

_____

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 months before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor   **Latitude DENG LLC**                                  Case number *(if known)*   **25-90015**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor   **Latitude DENG LLC**                                           Case number *(if known)*   **25-90015**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Heritage Equity Management LLC**<br>**ATTN: Legal Department**<br>**528 Prospect Street**<br>**East Orange, NJ 07017** | |
| 26a.2.  **M. Kohn & Co.**<br>**21 Robert Pitt Dr.**<br>**Monsey, NY 10952** | |
| 26a.3.  **Saqif Noor**<br>**Nord Group LLC**<br>**183 Wilson St., Ste 358**<br>**Brooklyn, NY 11211** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **M. Kohn & Co.**<br>**21 Robert Pitt Dr.**<br>**Monsey, NY 10952** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Saqif Noor**<br>**Nord Group LLC**<br>**183 Wilson St., Ste 358**<br>**Brooklyn, NY 11211** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Heritage Equity Management LLC**<br>**ATTN: Legal Department**<br>**528 Prospect Street**<br>**East Orange, NJ 07017** | |
| 26c.2.  **Baruch Teitelbaum**<br>**183 Wilson St, #358**<br>**Brooklyn, NY 11211** | |
| 26c.3.  **Saqif Noor**<br>**Nord Group LLC**<br>**183 Wilson St., Ste 358**<br>**Brooklyn, NY 11211** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

Debtor   **Latitude DENG LLC**                                          Case number *(if known)*   **25-90015**

| Name and address |
|---|
| 26d.1.    **Freddie Mac**<br>**c/o Keith M. Aurzada**<br>**Reed Smith LLP**<br>**2850 N. Harwood St #1500**<br>**Dallas, TX 75201** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Latitude DENG Member LLC** | **183 Wilson St. #358 Brooklyn, NY 11211** | **Member & Manager** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **MD Khaled Noor** | **183 Wilson Street, Suite 358 Brooklyn, NY 11211** | **Managing Member of Latitude DENG GP LLC, Manager of Latitude DENG Member LLC** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Baruch Teitelbaum** | **183 Wilson St, #358 Brooklyn, NY 11211** | **Managing Member of Latitude DENG GP LLC, Manager of Latitude DENG Member LLC** | **50** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   **See attached Exhibit "SOFA #4"** | | | |
| **Relationship to debtor** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor  **Latitude DENG LLC**                                      Case number *(if known)* **25-90015**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 25, 2025**

_____                    **Baruch Teitelbaum**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member Latitude DENG GP LLC, Mgr of Debtor**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes