**Fill in this information to identify the case:**

Debtor name **Latitude DENG LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **25-90015**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* **D, F & H**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration **Amended 20 Largest Unsecured Claims and Amended Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 14, 2025**

*X* Baruch Teitelbaum with permission by /s/ Elyse Farrow
Signature of individual signing on behalf of debtor

**Baruch Teitelbaum**
Printed name

**Managing Member Latitude DENG GP LLC, Mgr of Debtor**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Latitude DENG LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **25-90015** |

■ Check if this is an amended filing

AMENDED

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Apartments LLC<br>2563 Collection Center Drive<br>Chicago, IL 60693** | | **Trade debt** | | | | **$38,598.88** |
| **Artisent Floors<br>P.O. Box 17526<br>Memphis, TN 38187** | | **Trade debt** | **Disputed** | | | **$27,653.03** |
| **ConService LLC.<br>P.O. Box 1500<br>Hemet, CA 92546-1500** | | **Trade debt** | | | | **$9,187.55** |
| **CPS Energy<br>PO Box 2678<br>San Antonio, TX 78289** | | **Utilities** | | | | **$95,560.50** |
| **Four Star Builders<br>3616 Far W. Blvd #117-176<br>Austin, TX 78731** | | **Trade debt** | | | | **$169,043.57** |
| **Heritage Equity Management LLC<br>ATTN: Legal Department<br>528 Prospect Street<br>East Orange, NJ 07017** | | **Trade debt** | | | | **$139,263.52** |
| **InterSolutions LLC<br>PO BOX 825965<br>Philadelphia, PA 19182-5965** | | **Trade debt** | | | | **$6,844.71** |
| **IPFS of New York, LLC<br>39 West 37th St<br>9th Floor<br>New York, NY 10018** | | **Trade debt** | | | | **$33,715.04** |

Debtor **Latitude DENG LLC** Case number *(if known)* **25-90015**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Israel's Painting PO Box 681014 San Antonio, TX 78268** | | **Trade debt** | | | | **$11,337.88** |
| **Latitude 6400 LLC Attn: Swapnil Agarwal 251 Little Falls Drive Wilmington, DE 19808** | | **Trade debt** | | | | **$750,000.00** |
| **Lowe's Pro Supply 6910 Brasada Drive Houston, TX 77085** | | **Trade debt** | | | | **$12,181.92** |
| **Patrick O'Connor & Associates Dept 523 P.O. Box 4458 Houston, TX 77210** | | **Trade debt** | | | | **$8,248.67** |
| **Peoples Bank Stephanie Tolson 5151 San Felipe Suite 1380 Houston, TX 77056** | | **Trade debt** | | | | **$118,874.31** |
| **Petra Painting & Construction LLC 8666 Huebner Rd Ste 108 San Antonio, TX 78240** | | **Trade debt** | **Disputed** | | | **$16,485.24** |
| **REALPAGE, INC. PO Box 842899 Dallas, TX 75284** | | **Trade debt** | | | | **$8,988.99** |
| **ResMan PO Box 4687 Logan, UT 84323** | | **Trade debt** | | | | **$10,869.91** |
| **Roble's Professional Cleaning** | | **Trade debt** | | | | **$10,419.00** |
| **San Antonio Water System P.O. Box 2990 San Antonio, TX 78299** | | **Utilities** | | | | **$132,030.77** |
| **Walker & Dunlop, LLC Freddie Mac 7272 Wisconsin Avenue Suite 1300 Bethesda, MD 20814** | | **6400 Wurzbach Road, San Antonio, TX 78240. Legal description see attached Exhibit "A-55".** | | **$28,506,000.00** | **$22,000,000.00** | **$6,506,000.00** |

Debtor **Latitude DENG LLC**
Name

Case number *(if known)* **25-90015**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Waste Management of Texas, Inc. PO Box 660345 Dallas, TX 75266** | | **Utilities** | | | | **$12,817.19** |

**Fill in this information to identify the case:**

Debtor name **Latitude DENG LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **25-90015**

■ Check if this is an amended filing

AMENDED

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **Petra Painting & Construction LLC** | **Describe debtor's property that is subject to a lien** **Trade debt** | **$16,485.24** | **$0.00** |

Creditor's Name

**8666 Huebner Rd Ste 108**
**San Antonio, TX 78240**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$16,485.24**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Latitude DENG LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **25-90015**

■ Check if this is an amended filing

AMENDED

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**IPFS of New York, LLC**
**39 West 37th St**
**9th Floor**
**New York, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**$33,715.04**

3.2 **Nonpriority creditor's name and mailing address**
**Isabel Talamantez**
**Attn: Christine L. Patino**
**1201 3rd Street**
**Austin, TX 78704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3 **Nonpriority creditor's name and mailing address**
**Peoples Bank**
**Stephanie Tolson**
**5151 San Felipe Suite 1380**
**Houston, TX 77056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**$118,874.31**

3.4 **Nonpriority creditor's name and mailing address**
**Serena Ruiz**
**Attn: Christine L. Patino**
**1201 3rd Street**
**Austin, TX 78704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

## Part 3: List Others to Be Notified About Unsecured Claims

Debtor **Latitude DENG LLC** Case number (if known) **25-90015**
Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **152,589.35** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **152,589.35** |

**Fill in this information to identify the case:**

Debtor name **Latitude DENG LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **25-90015**

■ Check if this is an amended filing

# Official Form 206H

AMENDED

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Park at Crestview DENG LLC** | **183 Wilson St. #358 Brooklyn, NY 11211** | **Peoples Bank** | ☐ D<br>■ E/F 3.2<br>☐ G |
| 2.2 | **Terrain DENG LLC** | **183 Wilson St. #358 Brooklyn, NY 11211** | **Peoples Bank** | ☐ D<br>■ E/F 3.2<br>☐ G |
| 2.3 | **Terrain DENG LLC** | **183 Wilson St. #358 Brooklyn, NY 11211** | **IPFS of New York, LLC** | ☐ D<br>■ E/F 3.1<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Latitude DENG LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **25-90015**

■ Check if this is an amended filing

AMENDED

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **$337,000.00** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$3,468,805.46** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$3,640,000.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor **Latitude DENG LLC** Case number *(if known)* **25-90015**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See attached Exhibit "SOFA #3" | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached Exhibit "SOFA #4"** | | | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Peoples Bank v. Latitude DENG LLC, Park at Crestview DENG LLC, and Terrain DENG LLC<br>2025CI01699** | | **Bexar County 438th District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Dark Blue Inc. et al v. Latitude DENG LLC<br>2024CI01855** | | **Bexar County 150th District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Latitude DENG LLC

SOFA #3

| Payee | Date | | Amount | Description |
|---|---|---|---|---|
| Antonio (Contractor) | 1/3/2025 | $ | 347.00 | Zelle payment to Antonio Contractor Texas 23274185748 |
| Antonio (Contractor) | 1/3/2025 | $ | 2,760.00 | Zelle payment to NGC Antonio 23275635980 |
| Antonio (Contractor) | 1/3/2025 | $ | 1,680.00 | Zelle payment to NGC Antonio 23275668143 |
| Antonio (Contractor) | 1/10/2025 | $ | 139.00 | Zelle payment to Antonio Contractor Texas 23344355944 |
| Antonio (Contractor) | 1/10/2025 | $ | 1,840.00 | Zelle payment to NGC Antonio 23348589983 |
| Antonio (Contractor) | 1/13/2025 | $ | 1,120.00 | Zelle payment to NGC Antonio 23372559767 |
| Antonio (Contractor) | 1/17/2025 | $ | 267.77 | Zelle payment to Antonio Contractor Texas 23420977024 |
| Antonio (Contractor) | 1/17/2025 | $ | 365.00 | Zelle payment to Antonio Contractor Texas 23423664636 |
| Antonio (Contractor) | 1/17/2025 | $ | 2,050.00 | Zelle payment to NGC Antonio 23425140946 |
| Antonio (Contractor) | 1/17/2025 | $ | 1,205.00 | Zelle payment to NGC Antonio 23425147537 |
| Antonio (Contractor) | 1/22/2025 | $ | 2,375.00 | Zelle payment to NGC Antonio 23466229140 |
| Antonio (Contractor) | 1/24/2025 | $ | 1,400.00 | Zelle payment to NGC Antonio 23490472280 |
| Antonio (Contractor) | 1/30/2025 | $ | 1,900.00 | Zelle payment to NGC Antonio 23553716840 |
| Antonio (Contractor) | 2/7/2025 | $ | 1,120.00 | Zelle payment to NGC Antonio 23653815083 |
| Antonio (Contractor) | 2/7/2025 | $ | 1,680.00 | Zelle payment to NGC Antonio 23653845384 |
| Antonio (Contractor) | 2/10/2025 | $ | 2,850.00 | Zelle payment to NGC Antonio 23685922556 |
| Antonio (Contractor) | 2/21/2025 | $ | 1,900.00 | Zelle payment to NGC Antonio 23806617742 |
| Antonio (Contractor) | 2/21/2025 | $ | 1,120.00 | Zelle payment to NGC Antonio 23806649098 |
| CPS Energy | 11/21/2024 | $ | 882.25 | CPSENERGY EZPAY WEB SAN ANTONIO TX 434565 11/21 |
| CPS Energy | 12/13/2024 | $ | 738.64 | CPSENERGY EZPAY WEB SAN ANTONIO TX 267503 12/13 |
| CPS Energy | 12/16/2024 | $ | 1,502.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX 209406 12/16 |
| CPS Energy | 12/16/2024 | $ | 1,392.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX 215463 12/16 |
| CPS Energy | 1/7/2025 | $ | 406.98 | CPSENERGY EZPAY WEB SAN ANTONIO TX 361549 01/07 |
| CPS Energy | 1/16/2025 | $ | 621.93 | CPSENERGY EZPAY WEB SAN ANTONIO TX 002628 01/15 |
| CPS Energy | 1/17/2025 | $ | 92.66 | CPSENERGY EZPAY WEB SAN ANTONIO TX 276976 01/17 |
| CPS Energy | 1/17/2025 | $ | 169.28 | CPSENERGY EZPAY WEB SAN ANTONIO TX 289125 01/17 |
| CPS Energy | 1/17/2025 | $ | 397.83 | CPSENERGY EZPAY WEB SAN ANTONIO TX 298454 01/17 |
| CPS Energy | 1/17/2025 | $ | 19.54 | CPSENERGY EZPAY WEB SAN ANTONIO TX 306637 01/17 |
| CPS Energy | 1/17/2025 | $ | 92.66 | CPSENERGY EZPAY WEB SAN ANTONIO TX 312103 01/17 |

EXHIBIT

SOFA #3

exhibitsticker.com

Latitude DENG LLC

SOFA #3

| | | | | | |
|---|---|---|---|---|---|
| CPS Energy | 1/27/2025 | $ | 1,502.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 383692 01/27 |
| CPS Energy | 1/27/2025 | $ | 1,502.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 413039 01/27 |
| CPS Energy | 1/27/2025 | $ | 1,502.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 467535 01/27 |
| CPS Energy | 1/27/2025 | $ | 1,502.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 476550 01/27 |
| CPS Energy | 1/27/2025 | $ | 423.39 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 485923 01/27 |
| CPS Energy | 1/28/2025 | $ | 1,502.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 479606 01/28 |
| CPS Energy | 1/28/2025 | $ | 1,502.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 483828 01/28 |
| CPS Energy | 1/28/2025 | $ | 1,502.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 488860 01/28 |
| CPS Energy | 1/28/2025 | $ | 1,502.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 224266 01/28 |
| CPS Energy | 1/28/2025 | $ | 1,502.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 237746 01/28 |
| CPS Energy | 2/19/2025 | $ | 225.07 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 358743 02/19 |
| CPS Energy | 2/19/2025 | $ | 133.03 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 363828 02/19 |
| CPS Energy | 2/19/2025 | $ | 1,402.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 422866 02/19 |
| CPS Energy | 2/19/2025 | $ | 1,402.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 428057 02/19 |
| CPS Energy | 2/19/2025 | $ | 1,402.35 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 471797 02/19 |
| CPS Energy | 2/19/2025 | $ | 550.49 | CPSENERGY EZPAY WEB SAN ANTONIO TX | 116715 02/19 |
| Home Depot | 11/21/2024 | $ | 61.57 | THE HOME DEPOT #0581 SAN ANTONIO TX | 11/19 |
| Home Depot | 11/21/2024 | $ | 2,204.85 | THE HOME DEPOT #0581 SAN ANTONIO TX | 11/19 |
| Home Depot | 11/22/2024 | $ | 2,459.63 | THE HOME DEPOT #0581 SAN ANTONIO TX | 11/20 |
| Home Depot | 11/22/2024 | $ | 59.83 | THE HOME DEPOT #0581 SAN ANTONIO TX | 11/20 |
| Home Depot | 11/25/2024 | $ | 987.24 | THE HOME DEPOT #0581 SAN ANTONIO TX | 11/21 |
| Home Depot | 11/27/2024 | $ | 15.56 | THE HOME DEPOT #0581 SAN ANTONIO TX | 11/25 |
| Home Depot | 11/27/2024 | $ | 107.17 | THE HOME DEPOT #0581 SAN ANTONIO TX | 11/25 |
| Home Depot | 11/29/2024 | $ | 174.13 | THE HOME DEPOT #0581 SAN ANTONIO TX | 11/26 |
| Home Depot | 11/29/2024 | $ | 628.20 | THE HOME DEPOT #0581 SAN ANTONIO TX | 11/26 |
| Home Depot | 11/29/2024 | $ | 97.61 | THE HOME DEPOT #0581 SAN ANTONIO TX | 11/27 |
| Home Depot | 12/4/2024 | $ | 88.36 | THE HOME DEPOT #0581 SAN ANTONIO TX | 12/02 |
| Home Depot | 12/6/2024 | $ | 2,313.11 | THE HOME DEPOT #0581 SAN ANTONIO TX | 12/04 |
| Home Depot | 12/9/2024 | $ | 1,209.53 | THE HOME DEPOT #6547 SAN ANTONIO TX | 12/05 |
| Home Depot | 12/12/2024 | $ | 2,350.32 | THE HOME DEPOT #0581 SAN ANTONIO TX | 12/10 |

Latitude DENG LLC

SOFA #3

| | | | | | |
|---|---|---|---|---|---|
| Home Depot | 12/12/2024 | $ | 1,017.29 | THE HOME DEPOT #0580 SAN ANTONIO TX | 12/10 |
| Home Depot | 12/16/2024 | $ | 893.64 | THE HOME DEPOT #0581 SAN ANTONIO TX | 12/12 |
| Home Depot | 12/19/2024 | $ | 2,480.17 | THE HOME DEPOT #0581 SAN ANTONIO TX | 12/17 |
| Home Depot | 12/23/2024 | $ | 11.06 | THE HOME DEPOT #0581 SAN ANTONIO TX | 12/19 |
| Home Depot | 12/26/2024 | $ | 54.00 | THE HOME DEPOT #0581 SAN ANTONIO TX | 12/23 |
| Home Depot | 12/30/2024 | $ | 399.90 | THE HOME DEPOT #0581 SAN ANTONIO TX | 12/26 |
| Home Depot | 1/2/2025 | $ | 588.41 | THE HOME DEPOT #0581 SAN ANTONIO TX | 12/30 |
| Home Depot | 1/2/2025 | $ | 148.54 | THE HOME DEPOT #0581 SAN ANTONIO TX | 12/30 |
| Home Depot | 1/2/2025 | $ | 1,846.27 | THE HOME DEPOT #0581 SAN ANTONIO TX | 12/30 |
| Home Depot | 1/6/2025 | $ | 34.42 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/02 |
| Home Depot | 1/6/2025 | $ | 583.19 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/02 |
| Home Depot | 1/9/2025 | $ | 421.85 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/07 |
| Home Depot | 1/10/2025 | $ | 2,369.69 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/08 |
| Home Depot | 1/10/2025 | $ | 965.80 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/08 |
| Home Depot | 1/10/2025 | $ | 564.89 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/08 |
| Home Depot | 1/10/2025 | $ | 141.23 | THE HOME DEPOT #6529 SAN ANTONIO TX | 01/08 |
| Home Depot | 1/10/2025 | $ | 419.46 | THE HOME DEPOT #0586 SAN ANTONIO TX | 01/08 |
| Home Depot | 1/10/2025 | $ | 257.33 | THE HOME DEPOT #0503 SAN ANTONIO TX | 01/08 |
| Home Depot | 1/13/2025 | $ | 96.12 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/09 |
| Home Depot | 1/15/2025 | $ | 448.12 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/13 |
| Home Depot | 1/17/2025 | $ | 825.07 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/15 |
| Home Depot | 1/23/2025 | $ | 742.97 | THE HOME DEPOT #0588 SAN ANTONIO TX | 01/21 |
| Home Depot | 1/24/2025 | $ | 146.16 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/22 |
| Home Depot | 1/24/2025 | $ | 1,991.67 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/22 |
| Home Depot | 1/27/2025 | $ | 467.17 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/24 |
| Home Depot | 1/29/2025 | $ | 445.13 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/27 |
| Home Depot | 1/31/2025 | $ | 1,646.35 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/29 |
| Home Depot | 1/31/2025 | $ | 154.35 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/29 |
| Home Depot | 1/31/2025 | $ | 202.96 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/29 |
| Home Depot | 2/3/2025 | $ | 389.66 | THE HOME DEPOT #0581 SAN ANTONIO TX | 01/30 |

Latitude DENG LLC

SOFA #3

| | | | | |
|---|---|---|---|---|
| Home Depot | 2/3/2025 | $ | 1,669.65 | THE HOME DEPOT #0581 SAN ANTONIO TX 01/30 |
| Home Depot | 2/3/2025 | $ | 148.71 | THE HOME DEPOT #6839 AUSTIN TX 01/31 |
| Home Depot | 2/6/2025 | $ | 1,870.44 | THE HOME DEPOT #0581 SAN ANTONIO TX 02/04 |
| Home Depot | 2/6/2025 | $ | 405.01 | THE HOME DEPOT #0581 SAN ANTONIO TX 02/04 |
| Home Depot | 2/7/2025 | $ | 750.94 | THE HOME DEPOT #0581 SAN ANTONIO TX 02/05 |
| Home Depot | 2/10/2025 | $ | 1,745.50 | THE HOME DEPOT #6839 AUSTIN TX 02/06 |
| Home Depot | 2/13/2025 | $ | 84.51 | THE HOME DEPOT #0581 SAN ANTONIO TX 02/11 |
| Home Depot | 2/13/2025 | $ | 967.61 | THE HOME DEPOT #0581 SAN ANTONIO TX 02/11 |
| Home Depot | 2/18/2025 | $ | 38.40 | THE HOME DEPOT #0581 SAN ANTONIO TX 02/13 |
| Home Depot | 2/18/2025 | $ | 39.76 | THE HOME DEPOT #0581 SAN ANTONIO TX 02/14 |
| Home Depot | 2/18/2025 | $ | 283.76 | THE HOME DEPOT #6839 AUSTIN TX 02/15 |
| Home Depot | 2/20/2025 | $ | 1,759.97 | THE HOME DEPOT #0581 SAN ANTONIO TX 02/18 |
| Impact Property Solutions | 2/3/2025 | $ | 8,966.05 | ORIG CO NAME:AVIDPAY SERVICE ORIG ID:H562193588 DESC DATE:250203 CO ENTRY DESCR:AVIDPAY SEC:CCD TRACE#:041001034752611 EED:250203 IND ID:CK1013 IND NAME:Serenity Residences REF*CK*1013*250131*Impact Property Solutions\166826672\118828506\16682 6672 TRN: 0344752611TC |
| Impact Property Solutions | 2/3/2025 | $ | 831.34 | ORIG CO NAME:AVIDPAY SERVICE ORIG ID:H562193588 DESC DATE:250203 CO ENTRY DESCR:AVIDPAY SEC:CCD TRACE#:041001034752609 EED:250203 IND ID:CK1014 IND NAME:Serenity Residences REF*CK*1014*250131*Impact Floors of TX LLC\166826792\118828567\1668267 92 TRN: 0344752609TC |
| Julio Lazaro (Contractor) | 12/11/2024 | $ | 3,060.00 | Zelle payment to Julio Lazaro JPM99asr51dj |
| Julio Lazaro (Contractor) | 1/17/2025 | $ | 611.76 | Zelle payment to Julio JPM99av696fp |
| Julio Lazaro (Contractor) | 1/22/2025 | $ | 6,520.00 | Online ACH Payment 11159329364 To JulioLazaro1st (_#####8771) |

Latitude DENG LLC

SOFA #3

| | | | |
|---|---|---|---|
| Julio Lazaro (Contractor) | 1/30/2025 | $ 6,420.00 | Online ACH Payment 11160320054 To JulioLazaro1st (_#####8771) |
| Julio Lazaro (Contractor) | 1/30/2025 | $ 6,420.00 | Online ACH Payment 11160325694 To JulioLazaro1st (_#####8771) |
| Julio Lazaro (Contractor) | 2/18/2025 | $ 6,420.00 | Online ACH Payment 11162257069 To JulioLazaro1st (_#####8771) |
| Julio Lazaro (Contractor) | 2/18/2025 | $ 3,400.00 | Online ACH Payment 11162248894 To JulioLazaro1st (_#####8771) |
| Kraus Lawfirm | 12/2/2024 | $ 5,410.79 | Online RealTime vendor payment 11153690457 Payment Id REFERENCE#: 1153690457RX to The Kraus Law Firm IOLT 9926 |
| Kraus Lawfirm | 12/5/2024 | $ 10,300.00 | Online ACH Payment 11154284876 To TheKrausLawFirmIOLT (_######9926) |
| Kraus Lawfirm | 2/20/2025 | $ 1,600.00 | Online ACH Payment 11162655391 To TheKrausLawFirmIOLT (_######9926) |
| Resman, LLC | 1/7/2025 | $ 305.16 | ORIG CO NAME:Resman, LLC ORIG ID:0011195133 DESC DATE:250106 CO ENTRY DESCR:8887020971SEC:WEB TRACE#:242071758584336 EED:250107 IND ID: IND NAME:Latitude Deng Llc 2637930501611 TRN: 0078584336TC |
| Resman, LLC | 1/17/2025 | $ 659.56 | PST*Resman 888-7020971 TN 01/16 |
| Resman, LLC | 1/17/2025 | $ 2,112.55 | ORIG CO NAME:Resman, LLC ORIG ID:0011195133 DESC DATE:250116 CO ENTRY DESCR:8887020971SEC:WEB TRACE#:242071751942653 EED:250117 IND ID: IND NAME:Latitude Deng Llc 2638107074119 TRN: 0171942653TC |

Latitude DENG LLC

SOFA #3

| | | | |
|---|---|---|---|
| Resman, LLC | 2/5/2025 | $ 5,787.55 | ORIG CO NAME:Resman, LLC ORIG ID:0011195133 DESC DATE:250204 CO ENTRY DESCR:8887020971SEC:WEB TRACE#:242071756697970 EED:250205 IND ID: IND NAME:SM-000019817-000069450 2638465336316 TRN: 0366697970TC |
| Resman, LLC | 2/21/2025 | $ 4,276.08 | ORIG CO NAME:Resman, LLC ORIG ID:0011195133 DESC DATE:250220 CO ENTRY DESCR:8887020971SEC:WEB TRACE#:242071750172103 EED:250221 IND ID: IND NAME:Latitude Deng Llc 2638759998912 TRN: 0520172103TC |
| Walker Dunlop | 1/7/2025 | $ 209,461.93 | ONLINE DOMESTIC WIRE TRANSFER VIA: PNCBANK PITT/043000096 A/C: WALKER DUNLOP MORTGAGE PAYMENTS NEEDHAM MA 02494 US REF: NOVEMBER MORTGAGE PAYMENT/BNF/NOVEMBER MORTGAGE PAYMENT IMAD: 0107MMQFMP2M004925 TRN: 3497655006ES 01/07 |
| Waste Management | 1/7/2025 | $ 1,062.65 | WM.COM 866-909-4458 TX 01/06 |
| Waste Management | 1/7/2025 | $ 1,500.86 | WM.COM 866-909-4458 TX 01/06 |
| Waste Management | 1/7/2025 | $ 4,950.11 | WM.COM 866-909-4458 TX 01/06 |
| Waste Management | 1/7/2025 | $ 1,997.60 | WM.COM 866-909-4458 TX 01/06 |
| Waste Management | 1/7/2025 | $ 19.98 | WM.COM 866-909-4458 TX 01/06 |
| Waste Management | 1/31/2025 | $ 4,113.47 | ORIG CO NAME:WASTE MANAGEMENT ORIG ID:9580653001 DESC DATE:250130 CO ENTRY DESCR:PAYMENT SEC:PPD TRACE#:021000023608462 EED:250131 IND ID:000280877793006 IND NAME:Latitude Deng LLC Log in to the MY WM Account Page fo r payment details. TRN: 0313608462TC |

Latitude DENG LLC

SOFA #3

| | | | | |
|---|---|---|---|---|
| Waste Management | 2/12/2025 | $ | 1,963.46 | ORIG CO NAME:WASTE MANAGEMENT ORIG ID:9580653001 DESC DATE:250211 CO ENTRY DESCR:PAYMENT SEC:PPD TRACE#:021000022493098 EED:250212 IND ID:000285883003005 IND NAME:Latitude Deng LLC Log in to the MY WM Account Page fo r payment details. TRN: 0422493098TC |
| Waste Management | 2/19/2025 | $ | 4,994.14 | ORIG CO NAME:WASTE MANAGEMENT ORIG ID:9580653001 DESC DATE:250218 CO ENTRY DESCR:PAYMENT SEC:PPD TRACE#:021000024696798 EED:250219 IND ID:000280877793006 IND NAME:Latitude Deng LLC Log in to the MY WM Account Page fo r payment details. TRN: 0504696798TC |

Debtor **Latitude DENG LLC** Case number *(if known)* **25-90015**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Latitude DENG LLC v. Bexar Appraisal District et al<br>2024CI18895** | | **Bexar County 438th District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **LATITUDE DENG LLC vs. KRISTI DANIELS<br>21E2401318** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **LATITUDE DENG LLC VS ANETTE G LOPEZ<br>2024CV02975** | | **Bexar County Court at Law NO 3** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.6. | **LATITUDE DENG LLC vs. ANETTE LOPEZ<br>21E2401354** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.7. | **LATITUDE DENG LLC vs. DEBORAH MORENO<br>21E2401319** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **LATITUDE DENG LLC vs. BRITTNEY PAULSEN,TRAY PAULSEN<br>21E2401321** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **LATITUDE DENG LLC vs. CHRISTINA ALVARADO<br>21E2401320** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **LATITUDE DENG LLC vs. JOSHUA MARTINEZ,RENEE SANCHEZ<br>21E2401322** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11. | **LATITUDE DENG LLC vs. TARON JACKSON,DAESHANIKKA JACKSON<br>21E2401323** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12. | **LATITUDE DENG LLC vs. BETTY MENCHACA<br>21E2401435** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.13. | **LATITUDE DENG LLC vs. RACHEL DOREY<br>21E2401436** | | **Bexar County Precinct 2 Place 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14. | **Latitude DENG, LLC v. Vamvoras, LTD<br>2024CI10138** | | **Bexar County 225th District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.15. | **Latitude DENG LLC v. Rainbow Renovation LLC**<br>**202417708** | | **Harris County 152nd District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Latitude DENG, LLC v. Alamo Welding and Boiler Works Inc.**<br>**2024CI14517** | | **Bexar County 150th District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Latitude DENG, LLC v. Eco Scapes of Texas, LLC**<br>**2024CI11522** | | **Bexar County 150th District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Terrain at Medical Center, LLC and Latitude 6400, LLC v. Terrain DENG GP LLC and Latitude DENG GP LLC v. Swapnil Agarwal, and Interventors: Terrain DENG LLC and Latitude DENG LLC**<br>**2023-35767** | | **61st District Court, Harris County**<br>**201 Caroline St**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Commercial Chemical Products Inc dba Poolsure v. Latitude DENG LLC**<br>**245200337030** | | **Harris County JP Precinct 5, Place 2**<br>**16715 Clay Road #4**<br>**Houston, TX 77084** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.20. | **IPFS of New York LLC v. Nord Group LLC; Terrain Deng LLC; and Latitude DNG LLC**<br>**515358 / 2024** | | **Supreme Court of the State of New York**<br>**County of Kings**<br>**360 Adams St #4**<br>**Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Haselden Farrow PLLC**<br>**708 Main Street**<br>**10th Floor**<br>**Houston, TX 77002** | | **02/21/25** | **$55,347.00** |

**Email or website address**
**www.HaseldenFarrow.com**

**Who made the payment, if not debtor?**
**Nord Group LLC**

On February 21, 2025, HF received a retainer for representation of the Debtors via wire transfer in the amount of $86,592.00 (including $6,952.00 for Chapter 11 filing fees for each Debtor) from Nord Group, an affiliated real estate investment /management entity of the Debtors in which Mr. Teitelbaum and Dr. Noor, majority owners of the Debtors, each own an interest. On February 24, 2025, HF applied $24,563.00, plus $6,952.00 in filing fees (aggregate amount applied $31,515.00), of the prepetition retainer for legal services and expenses provided in conjunction with the bankruptcy preparation, leaving the balance of $55,437.00 as the post-petition retainer for fees and expenses to be billed in connection with the Bankruptcy Cases of 514 That Way, LLC, Park at Crestview DENG, LLC. Latitude DENG LLC and Terrain DENG, LLC.

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **See attached Exhibit "SOFA #4"** | | | |

**Relationship to debtor**

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor **Latitude DENG LLC** Case number *(if known)* **25-90015**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Heritage Equity Management LLC**<br>**ATTN: Legal Department**<br>**528 Prospect Street**<br>**East Orange, NJ 07017** | |
| 26a.2. **M. Kohn & Co.**<br>**21 Robert Pitt Dr.**<br>**Monsey, NY 10952** | |
| 26a.3. **Saqif Noor**<br>**Nord Group LLC**<br>**183 Wilson St., Ste 358**<br>**Brooklyn, NY 11211** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **M. Kohn & Co.**<br>**21 Robert Pitt Dr.**<br>**Monsey, NY 10952** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Saqif Noor**<br>**Nord Group LLC**<br>**183 Wilson St., Ste 358**<br>**Brooklyn, NY 11211** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Heritage Equity Management LLC**<br>**ATTN: Legal Department**<br>**528 Prospect Street**<br>**East Orange, NJ 07017** | |
| 26c.2. **Baruch Teitelbaum**<br>**183 Wilson St, #358**<br>**Brooklyn, NY 11211** | |
| 26c.3. **Saqif Noor**<br>**Nord Group LLC**<br>**183 Wilson St., Ste 358**<br>**Brooklyn, NY 11211** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Freddie Mac**<br>**c/o Keith M. Aurzada**<br>**Reed Smith LLP**<br>**2850 N. Harwood St #1500**<br>**Dallas, TX 75201** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Latitude DENG Member LLC** | **183 Wilson St. #358**<br>**Brooklyn, NY 11211** | **Member & Manager** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **MD Khaled Noor** | **183 Wilson Street, Suite 358**<br>**Brooklyn, NY 11211** | **Managing Member of Latitude DENG GP LLC, Manager of Latitude DENG Member LLC** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Baruch Teitelbaum** | **183 Wilson St, #358**<br>**Brooklyn, NY 11211** | **Managing Member of Latitude DENG GP LLC, Manager of Latitude DENG Member LLC** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached Exhibit "SOFA #4"** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 14, 2025**

Baruch Teitelbaum with permission by /s/ Elyse Farrow
Signature of individual signing on behalf of the debtor

**Baruch Teitelbaum**
Printed name

Position or relationship to debtor **Managing Member Latitude DENG GP LLC, Mgr of Debtor**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes